IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. __4:20-cv-973__ |
| v. | § § | |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendant*. | § | |

**EXHIBIT "A"**
**INDEX OF MATTERS BEING FILED**

1. **Civil Cover Sheet**;

2. **Notice of Removal to United States District Court**;

3. **Exhibit "A"**:  Index of Matters Being Filed;

4. **Exhibit "B"**:  Index of State Court's File;

5. **Exhibit "C"**:  List of All Counsel of Record; and

6. **Exhibit "D"**: Certificate of Interested Parties;