IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION  *Plaintiff*, v.  THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,  *Defendant*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.   4:20-cv-973 |

**EXHIBIT "B"**
**INDEX OF STATE COURT'S FILE**

| | | |
|---|---|---|
| B-1 | Docket Sheet | |
| B-2 | Plaintiff's Original Petition | 11/16/2020 |
| B-3 | Request for Issuance of Citations | 11/18/2020 |
| B-4 | Precept | 11/19/2020 |
| B-5 | Citation by Certified Mail – University of North Texas | 11/19/2020 |
| B-6 | Citation by Certified Mail – University of North Texas System | 11/19/2020 |
| B-7 | Citation by Certified Mail – Neal Smatresk | 11/19/2020 |
| B-8 | Citation by Certified Mail – Shannon Goodman | 11/19/2020 |
| B-9 | Return of Service – Neal Smatresk | 11/30/2020 |
| B-10 | Return of Service – University of North Texas | 11/30/2020 |

| | | |
|---|---|---|
| B-11 | Return of Service – Shannon Goodman | 11/30/2020 |
| B-12 | Return of Precept – Attorney General of Texas | 11/30/2020 |
| B-13 | Return of Service – University of North Texas System | 11/30/2020 |
| B-14 | Record/Copy Request | 12/11/2020 |
| B-15 | Defendants' Original Answer | 12/14/2020 |
| B-16 | Attestation Regarding Exception of E-Filing Mandate | 12/14/2020 |
| B-17 | Record/Copy Request | 12/14/2020 |
| B-18 | Motion for Summary Judgment | 12/18/2020 |