# Exhibit B-1

**442ND JUDICIAL DISTRICT COURT**

# CASE SUMMARY
## CASE NO. 20-9524-442

| | | | |
|---|---|---|---|
| Young Conservatives of Texas Foundation v. The University Of North Texas, The University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas | §<br>§<br>§<br>§ | Location:<br>Judicial Officer:<br>Filed on: | 442nd Judicial District Court<br>Haertling, Tiffany<br>11/16/2020 |

### CASE INFORMATION

Case Type: **Other Civil**

Case Status: **11/16/2020 Active**

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number: 20-9524-442
Court: 442nd Judicial District Court
Date Assigned: 11/16/2020
Judicial Officer: Haertling, Tiffany

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**  Young Conservatives of Texas Foundation
Henneke, Robert
*Retained*
512-472-2728(F)
512-463-2120(W)
*901 Congress AVE*
*Austin, TX 78701*

**Defendant**  Goodman, Shannon
Stowers, Renaldo Luis
*Retained*
940-369-7026(F)
940-565-2717(W)
*P. O. BOX 310907*
*Denton, TX 76203-0907*

Smatresk, Neal
Stowers, Renaldo Luis
*Retained*
940-369-7026(F)
940-565-2717(W)
*P. O. BOX 310907*
*Denton, TX 76203-0907*

The University of North Texas
Stowers, Renaldo Luis
*Retained*
940-369-7026(F)
940-565-2717(W)
*P. O. BOX 310907*
*Denton, TX 76203-0907*

The University of North Texas System
Stowers, Renaldo Luis
*Retained*
940-369-7026(F)
940-565-2717(W)
*P. O. BOX 310907*
*Denton, TX 76203-0907*

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|
| 11/16/2020 | Original Petition/Application |

**442ND JUDICIAL DISTRICT COURT**

# CASE SUMMARY
### CASE NO. 20-9524-442

| Date | |
|---|---|
| | *and Request for Disclosure* |
| 11/18/2020 | Request for Issuance of<br>*4 Citations by Certified Mail and 1 Precept*<br>Made by: Plaintiff Young Conservatives of Texas Foundation |
| 11/19/2020 | **Precept**<br>Attorney General Of Texas<br>Served: 11/24/2020<br>Return Date/Time: 11/30/2020 |
| 11/19/2020 | **Citation By Certified Mail**<br>The University of North Texas<br>Served: 11/23/2020<br>Return Date/Time: 11/30/2020<br><br>The University of North Texas System<br>Served: 11/25/2020<br>Return Date/Time: 11/30/2020<br><br>Smatresk, Neal<br>Served: 11/23/2020<br>Return Date/Time: 11/30/2020<br><br>Goodman, Shannon<br>Served: 11/23/2020<br>Return Date/Time: 11/30/2020 |
| 11/30/2020 | Service Returned<br>*Citation by Certified Mail to Neal Smatresk* |
| 11/30/2020 | Service Returned<br>*Citation by Certified Mail to University of North Texas* |
| 11/30/2020 | Service Returned<br>*Citation by Certified Mail to Shannon Goodman* |
| 11/30/2020 | Service Returned<br>*Precept by Certified Mail to Attorney General of Texas* |
| 11/30/2020 | Service Returned<br>*Citation by Certified Mail to University of North Texas System* |
| 12/11/2020 | Record/Copy Request |
| 12/14/2020 | Defendant's Original Answer<br>*and Affirmative Defenses to Plaintiff's Original Petition and Request for Disclosure*<br>Filed by: Defendant The University of North Texas; Defendant The University of North Texas System; Defendant Smatresk, Neal; Defendant Goodman, Shannon |
| 12/14/2020 | Attestation Regarding Exception to E-Filing Mandate |
| 12/14/2020 | Record/Copy Request |
| 12/18/2020 | Motion for Summary Judgment<br>Filed by: Plaintiff Young Conservatives of Texas Foundation |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Young Conservatives of Texas Foundation | |
| | Total Charges | 522.00 |
| | Total Payments and Credits | 522.00 |
| | **Balance Due as of 12/21/2020** | 0.00 |
| 11/16/2020 | Charge — Plaintiff Young Conservatives of Texas Foundation | 277.00 |
| 11/16/2020 | TexFile Payment   Receipt # 2020-30469 — Plaintiff Young Conservatives of | (277.00) |

## 442ND JUDICIAL DISTRICT COURT
# CASE SUMMARY
### CASE NO. 20-9524-442

| Date | Type | | Party | Amount |
|---|---|---|---|---|
| 11/19/2020 | Charge | | Plaintiff Young Conservatives of Texas Foundation | 245.00 |
| 11/19/2020 | TexFile Payment | Receipt # 2020-30871 | Plaintiff Young Conservatives of Texas Foundation | (245.00) |

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK

12/21/20  By: [signature]
Date        Deputy Clerk



**All Transactions Approved**

**Bureau: 1025805 - Denton County, TX District Clerk CNT**

| Cause Number or Description | Amount | Quantity | Conv. Fee | Result |
|---|---|---|---|---|
| Fees and Fines: 20-9524-442<br>Payment ID: 100212214246<br>Copies or Reports | $3.00 | 1 | $1.00 | Approved |
| Total Amounts + All Fees: | $4.00 | | | |

## BILLING INFORMATION

Payment will be billed to:
Mallory Michaelson
Card ending in ...0944 (Mastercard)
Processed at 12/21/2020 4:02:42 PM CST

## LEGAL NOTICE

Certified Payments provides a service for consumers and businesses to make payments via their credit card for various types of services and taxes. By utilizing Certified Payments, you, the cardholder, are subject to the following terms and conditions. By submitting your payment through Certified Payments, you are agreeing to the terms and conditions listed in the Legal Notices link below. Please read all terms and conditions carefully.

Privacy Statement - www.certifiedpayments.net/PrivacyStatement.aspx
Legal Notice - www.certifiedpayments.net/LegalNotices.aspx