# Exhibit B-3

**Denton County District Clerk**
**Ph: 940-349-2200**

# E-FILING REQUEST FOR ISSUANCE

- This document MUST be filed as a separate LEAD document when e-filing.
- Choose the **Filing code:**
  - (New Suits select: "**Application**" and on Subsequent filings select "**Request**")
- Select the type of issuance using the "Optional Services" section on the e-filing screen
- If a service document is required, you must add the "Copies for Service" and enter the number of pages the clerk needs to print. (Ex: Petition is **5** pages, **3** citations are requested: 5 x 3 = 15 pages will need to printed by the clerk)

**Cause No.** 20-9524-442

**Document to be served:** Original Petition and Request for Disclosure

**Style of Case:** Young Conservatives of Texas Foundation v. The University of North Texas, The University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas

Please use this form when requesting issuance of the below listed
types of issuance through the e-filing system.
*Please use other request forms for: Abstracts, Executions, Subpoenas and Order Withholdings*

## Please select the type and quantity of issuance(s) needed:

| Type | Amt | Quantity | Type | Amt | Quantity |
|---|---|---|---|---|---|
| Citation | $8 | 5 | Expunction Notices: Petition & Order | $11 | |
| Citation for Foreclosure | $46 | | Expunction Notices: Amended Petition | $5 | |
| Notice | $8 | | Expunction Orders: Amended Orders | $8 | |
| Show Cause Notice | $8 | | Letter Rogatory | $8 | |
| Temporary Restraining Order | $8 | | Commission | $8 | |
| Protective Order Notice | | | All Writs | $8 | |

Note: PUBLICATION COSTS – If publication is requested in the Denton Record Chronicle, we will provide your contact information to the Denton Record Chronicle for billing.

**Name of party to be served:** University of North Texas / President, Neal Smatresk  **Type:** _____
**Address for service:** Office of the President, 1155 Union Circle, #311277
Denton, TX 76203-5017

**Name of party to be served:** University of North Texas System / Chancellor Lesa Roe  **Type:** _____
**Address for service:** 1901 Main Street
Dallas, TX 75201

*Please attach additional pages if there are more parties to be served.*

******** Check one of the options below for your preferred service method ********
**Please hold at Clerks office:**

_____ I will bring in a file-marked copy of the service document to your office for the issuance to be picked up at the front counter.

_____ I request that the issuance be returned by e-service. (service document copy fee and service fee not required)
E-mail Address 1._____   2._____

_____ Please serve by Denton County Constable/Sheriff (I have added the cost for a copy of the service document and have also added the service fee for the Sheriff/Constable)

xx  Please serve by Certified Mail (I have added the cost for a copy of the service document and have also added the Certified Mail service fee.)

*Additional Notes:* _____

**Requestor Name & Phone number:**
Yvonne Simental (512) 520-6764

| | |
|---|---|
| Name of party to be served: | Neal Smatresk, President of University of North Texas |
| Address for service: | Office of the President, 1155 Union Circle, #311277<br>Denton, TX 76203-5017 |
| Name of party to be served: | Shannon Goodman, Vice President for Enrollment of the University of North Texas |
| Address for service: | Division of Enrollment – Student Services Center<br>1155 Union Circle, #311481<br>Denton, TX 76203 |
| Name of party to be served: | Attorney General of Texas |
| Address for service: | 300 W. 15th Street<br>Austin, TX 78701 |