# Exhibit B-4

THE STATE OF TEXAS                                      COUNTY OF DENTON

## PRECEPT TO SERVE

### CAUSE NO. 20-9524-442

Young Conservatives of Texas Foundation v. The University Of North Texas, The University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas

Greeting:

You are hereby commanded to serve Attorney General of Texas, 300 W. 15th Street, Austin, TX 78701 with the accompanying copy of Original Petition and Request for Disclosure.

Herein, fail not, but of this writ make due return showing how you have executed the same.

Issued and given under my hand and seal of said court at office in Denton, Denton County, Texas on this the 19th day of November, 2020.

Robert Henneke                                      David Trantham, District Clerk
901 Congress Avenue, Austin, TX 78701               P O Box 2146, Denton TX 76202

                                                    By: Kathie Tipping
                                                    Kathie Tipping, Deputy Clerk



**Cause No. 20-9524-442**

YOUNG CONSERVATIVES OF TEXAS FOUNDATION V. THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS

## RETURN OF PRECEPT BY CERTIFIED MAIL

Came to hand on 11/19/2020 at 11:00 a.m. and I hereby certify that on 11/19/2020, I mailed to Attorney General Of Texas at the Office of the Attorney General, 300 W. 15th Street, Austin, TX 78701 by registered mail or certified mail, signature confirmation requested, a true copy of this precept with a copy of the Original Petition and Request for Disclosure attached thereto.

Restricted Delivery: No

David Trantham, District Clerk
Denton County, Texas
1450 E. McKinney St., Suite 1200, Denton, TX 76209

By: Kathie Tipping
Kathie Tipping, Deputy

Service Fee: **$30.00**
Certified Mail No. : 9214 8901 0661 5400 0156 8051 80

Signed for on: _____

By: _____

DAVID TRANTHAM
DENTON COUNTY DISTRICT CLERK
PO BOX 2146
DENTON, TX 76202-2146



9214 8901 0661 5400 0156 8051 80

**RETURN RECEIPT (ELECTRONIC)**

20-9524-442

ATTORNEY GENERAL OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
300 W 15TH ST
**AUSTIN, TX 78701-1649**

CUT / FOLD HERE

Zone 3

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE