# Exhibit B-9


**UNITED STATES**
**POSTAL SERVICE.**

**FILED**
AT_____O'CLOCK____M

NOV 3 0 2020

DISTRICT CLERK
Denton County, Texas
BY___KMT_____DEPUTY

Date Produced: 11/24/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™ RRE/RD item number 9269 3901 0661 5400 0156 8038 84. Our records indicate that this item was delivered on 11/23/2020 at 05:40 a.m. in DENTON, TX 76203. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the
United States Postal Service. It is solely for customer use.

Reference ID: 92693901066154000156803884
20-9524-442
NEAL SMATRESK,PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS
Office of the President
1155 Union Cir # 311277
Denton, TX  76203-5017