# Exhibit B-10


**UNITED STATES**
**POSTAL SERVICE.**

**FILED**

AT_____O'CLOCK_____M

NOV 3 0 2020

**DISTRICT CLERK**
**Denton County, Texas**

BY_____DEPUTY

Date Produced: 11/24/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0156 8032 54. Our records indicate that this item was delivered on 11/23/2020 at 05:40 a.m. in DENTON, TX 76203. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 921489010661540001568032 54
20-9524-442
PRESIDENT, NEAL SMATRESK
University of North Texas, Office of the President
1155 Union Cir # 311277
Denton, TX  76203-5017