# Exhibit B-12


**UNITED STATES**
**POSTAL SERVICE**

**FILED**
AT_____O'CLOCK___M

NOV 3 0 2020

DISTRICT CLERK
Denton County, Texas
BY KMT          DEPUTY

Date Produced: 11/25/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0156 8051 80. Our records indicate that this item was delivered on 11/24/2020 at 09:08 a.m. in AUSTIN, TX 78711. The scanned image of the recipient information is provided below.

Signature of Recipient :  *Randy Pike*
*David Reyes*

Address of Recipient :  *Atty. General's Office*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000156805180
20-9524-442
ATTORNEY GENERAL OF TEXAS
Office of the Attorney General
300 W 15th St
Austin, TX  78701-1649