# Exhibit B-13


**UNITED STATES**
**POSTAL SERVICE**

```
                              FILED
                    AT_____O'CLOCK___M

                         NOV 3 0 2020
                       DISTRICT CLERK
                      Denton County, Texas
                    BY_____DEPUTY
```

Date Produced: 11/26/2020

THE MAIL GROUP INC - 1 / CONFIRM DELIVERY INC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 0661 5400 0156 8036 81. Our records indicate that this item was delivered on 11/25/2020 at 01:24 p.m. in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

*Covid-19*
*Covid-19*

Address of Recipient :

*1901 main*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000156803681
20-9524-442
CHANCELLOR, LESA ROE
The University of North Texas System
1901 Main St
Dallas, TX  75201-5222