# Exhibit B-14

# DENTON COUNTY DISTRICT CLERK
## RECORD REQUEST FORM

1450 E. McKinney  
Denton, TX 76209  
Phone: 940-349-2200

www.dentoncounty.gov

P.O. Box 2146  
Denton, TX 76202  
FAX: 940-349-5754

FILED  
DENTON COUNTY, TEXAS  
2020 DEC 11 PM 4:00  
DAVID TRANTHAM  
DISTRICT CLERK  
BY _____ DEPUTY

**EMAIL REQUEST TO: dcrecords@dentoncounty.gov**

| Requestor: Alicia Spencer | Date: December 11, 2020 |
|---|---|
| Email: alicia.spencer@untsystem.edu | Fax: |
| Address: 1155 Union Circle # 310907 | Phone: 940.565.3648 |
| City, State, Zip: Denton, Texas 76203-5017 | |

Complete below **(please be specific)** or print out a case summary from the Denton County Judicial Records Search website located at http://justice1.dentoncounty.com/, mark the requested documents and fax with this form.

\*\*\*\*\*\* Cases filed since 1990 are located on the Judicial Records Search website. \*\*\*\*\*\*

Please allow up to 10 business days for your request to be completed.

Case/Cause #: **20-9524-442**     Party Name: **The University of North Texas**

☑ Certified Copy  ☐ Plain Copy/E-Mail  ☐ Clerk's Certificate   Quantity of Each Document: 1

**Document Title**

State Court docket sheet (case summary) 2

Processed by Kailei  
Total Pgs 2  
Mailed on 12/15/2020

**Date Document Filed**

File Date: _____  
File Date: _____  
File Date: _____  
File Date: _____  
File Date: _____

- Copies are $1.00 per page. Payment can be made by cash, money order, or credit card (American Express, MasterCard, Visa and Discover). Credit card charges are subject to a **2.75%** transaction fee of the total amount charged (**$1.00 minimum transaction**). Personal checks *are not* accepted. This office will not reimburse fees and is not responsible for fees associated with duplicate submissions.
- Plain copies can be emailed or faxed to the information provided above. Certified copies will be mailed regular USPS First Class mail. If requester prefers a different delivery method, please include separate envelope with pre-paid shipping label with request. Copies will not be mailed to a third-party.
- Clerk's Certificate will be provided with the purchase of a certified copy of the entire case file.
- Documents sealed by order or statute will not be provided unless permitted by law.

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY. NOT COMPLETING THE FORM PROPERLY COULD KEEP YOUR REQUEST FROM BEING PROCESSED IN A TIMELY MANNER.

| Payment method: | ☐ Cash/Money Order | ⦿ Master... |
|---|---|---|
| Name on credit card: Mallory Michaelson | | |

**Lisa Cox**

| | |
|---|---|
| **From:** | Spencer, Alicia <Alicia.Spencer@untsystem.edu> |
| **Sent:** | Friday, December 11, 2020 4:09 PM |
| **To:** | DC Records |
| **Subject:** | Request for Certified Copy / UNT 8175 |
| **Attachments:** | 2020.12.11 Copy-Request-Form-Fillable.revised_20201210091838137_encrypted_(00378238xC146B).PDF |
| **Importance:** | High |

FILED
DENTON COUNTY, TEXAS
2020 DEC 11  PM 4: 40
DAVID TRANTHAM
BY_____ DEPUTY

Hi Ms. Ashworth,

I attach a request for a certified copy of a court docket sheet. While payment information is on the form, I am providing our state agency code of 752 in the event it can be used to obtain copies as a state agency in lieu of payment.

Additionally, I respectfully ask that this request be expedited.

Thank you so much for your help!

*Alicia Spencer*

**Alicia A. Spencer**
*Paralegal*
*Office of General Counsel*



**University of North Texas System**
1155 Union Circle | #310907
Denton, Texas 76203-5017
Direct: 940.565.3648
Fax: 940.369.7026

The information contained in this electronic mail message and any attachments hereto is intended only for the personal and confidential use of the designated recipients. This message and any attachments may constitute an attorney-client communication, and as such are privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are notified that you have received this message in error, and any review, dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please notify me immediately by telephone (940-565-3648) and electronic mail at alicia.spencer@untsystem.edu. Thank you.

# Fernando Martinez

**From:** Fernando Martinez
**Sent:** Tuesday, December 15, 2020 11:42 AM
**To:** 'alicia.spencer@untsystem.edu'
**Subject:** Record Request for Cause No. 20-9524-442

Good Morning, Alicia

Your record request for the above case number was processed and will be mailed out today 12/15/2020. Along with a copy of your receipt for your records.

If you should have any question, please feel free to give me a call.

Thank you, have a nice day.

Fernando Martinez
Deputy Clerk 1
Denton County District Clerk
PO Box 2146
Denton, TX 76201
940/349-2200

NOTICE: This email message is the property of Denton County, Texas. The contents of this message and any attachments are confidential and protected by law. If you are not the intended recipient of this message, please forward a copy to fernando.martinez@dentoncounty.com and delete the message and it's attachments from your computer

1