# Exhibit B-16



*David Trantham*
Denton County District Clerk
P O Box 2146, Denton TX 76209
940-349-2200  Fax 940-349-2201
www.dentoncounty.com

```
         FILED
DENTON COUNTY, TEXAS

2020 DEC 14  AM 11:09

  DAVID TRANTHAM
  DISTRICT CLERK

BY_____DEPUTY
```

# Attestation Regarding Exception to E-Filing Mandate

Case Number: 20-9524-442

I, Rrnaldo L. Stowers do hereby attest that I am filing this document in person with the Denton County District Clerk's Office due to technical failure or good cause (TRCP Rule 21(f)(4)(c) & TRCP Rule 21 (f)(6)).

Attorney's designated EFSP: TexasLawHelp.org

Document being filed: Defendant's Answer & Affirmative Defenses

Description of Technical failure/Good cause:
Our office is unable to access the upload portal after completing the interview due to software problems (presumed)

Signature: /s/ Rrnaldo L. Stowers

Date: 14 Dec 20