# Exhibit B-17

# DENTON COUNTY DISTRICT CLERK
## RECORD REQUEST FORM

FILED
DENTON COUNTY, TEXAS
2020 DEC 14 PM 2:40
DAVID TRANTHAM
DISTRICT CLERK
BY_____ DEPUTY

1450 E. McKinney  
Denton, TX 76209  
Phone: 940-349-2200  

www.dentoncounty.gov  

P.O. Box 2146  
Denton, TX 76202  
FAX: 940-349-5754  

EMAIL REQUEST TO: dcrecords@dentoncounty.gov

| Requestor: Bonnie Chester | Date: 12/14/20 |
|---|---|
| Email: bonnie.chester@oag.texas.gov | Fax: 512-320-0667 |
| Address: P. O. Box 12548, Capitol Sta. | Phone: 512-809-8002 (cell) |
| City, State, Zip: Austin, TX 78711 | |

Complete below **(please be specific)** or print out a case summary from the Denton County Judicial Records Search website located at http://justice1.dentoncounty.com/, mark the requested documents and fax with this form.

****** Cases filed since 1990 are located on the Judicial Records Search website. ******

Please allow up to 10 business days for your request to be completed.

Case/Cause #: 20-9524-442          Party Name: The University of North Texas

☐ Certified Copy    ☑ Plain Copy/E-Mail    ☐ Clerk's Certificate    Quantity of Each Document: 1

**Document Title**

Original Answer

**Date Document Filed**

File Date: 12/14/20

File Date: _____

File Date: _____

File Date: _____

File Date: _____

- Copies are **$1.00** per page. Payment can be made by cash, money order, or credit card (American Express, MasterCard, Visa and Discover). Credit card charges are subject to a **2.75%** transaction fee of the total amount charged **($1.00 minimum transaction)**. Personal checks *are not* accepted. This office will not reimburse fees and is not responsible for fees associated with duplicate submissions.
- **Plain copies** can be emailed or faxed to the information provided above. **Certified copies** will be mailed regular USPS First Class mail. If **requester prefers a different delivery method, please include separate envelope with pre-paid shipping label with request.** Copies will not be mailed to a third-party.
- **Clerk's Certificate** will be provided with the purchase of a certified copy of the entire case file.
- Documents sealed by order or statute will not be provided unless permitted by law.
  **THIS FORM MUST BE COMPLETED IN ITS ENTIRETY. NOT COMPLETING THE FORM PROPERLY COULD KEEP YOUR REQUEST FROM BEING PROCESSED IN A TIMELY MANNER.**

| Payment method: | ○ Cash/Money Order |
|---|---|
| Name on credit card: Bonnie Chester | |

Case 4:20-cv-00973-SDJ   Document 1-20   Filed 12/23/20   Page 3 of 5 PageID #: 117

12/14/2020                    https://justice1.dentoncounty.gov/PublicAccessDC/CaseDetail.aspx?CaseID=2775581

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back          Location : ------ All District Courts ------   Help

# REGISTER OF ACTIONS
## CASE NO. 20-9524-442

| | | | |
|---|---|---|---|
| Young Conservatives of Texas Foundation v. The University Of North Texas, The University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas | § § § § § § | Case Type:<br>Date Filed:<br>Location:<br>Judicial Officer:<br>File Custody/Location: | Other Civil<br>11/16/2020<br>442nd Judicial District Court<br>Haertling, Tiffany<br>District Clerk's Office |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| Defendant | Goodman, Shannon | |
| Defendant | Smatresk, Neal | |
| Defendant | The University of North Texas | |
| Defendant | The University of North Texas System | |
| Plaintiff | Young Conservatives of Texas Foundation | **Robert Henneke**<br>*Retained*<br>PO BOX 12548<br>Capital Station<br>Austin, TX 78711-2548<br><br>512-463-2120(W)<br>512-320-0667(F) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event | | | |
|---|---|---|---|---|
| 11/16/2020 | **Original Petition/Application**<br>*and Request for Disclosure* | | | |
| 11/18/2020 | **Request for Issuance of**<br>*4 Citations by Certified Mail and 1 Precept*<br>Made by: Young Conservatives of Texas Foundation | | | |
| 11/19/2020 | **Precept** | | | |
| | Attorney General Of Texas | Served<br>Returned | 11/24/2020<br>11/30/2020 | |
| 11/19/2020 | **Citation By Certified Mail** | | | |
| | The University of North Texas | Served<br>Returned | 11/23/2020<br>11/30/2020 | |
| | The University of North Texas System | Served<br>Returned | 11/25/2020<br>11/30/2020 | |
| | Smatresk, Neal | Served<br>Returned | 11/23/2020<br>11/30/2020 | |
| | Goodman, Shannon | Served<br>Returned | 11/23/2020<br>11/30/2020 | |
| 11/30/2020 | **Service Returned**<br>*Citation by Certified Mail to Neal Smatresk* | | | |
| 11/30/2020 | **Service Returned**<br>*Citation by Certified Mail to University of North Texas* | | | |
| 11/30/2020 | **Service Returned**<br>*Citation by Certified Mail to Shannon Goodman* | | | |
| 11/30/2020 | **Service Returned**<br>*Precept by Certified Mail to Attorney General of Texas* | | | |
| 11/30/2020 | **Service Returned**<br>*Citation by Certified Mail to University of North Texas System* | | | |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Young Conservatives of Texas Foundation<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 12/14/2020** | | | 522.00<br>522.00<br>**0.00** |
| 11/16/2020 | Transaction Assessment | | | 277.00 |
| 11/16/2020 | TexFile Payment | Receipt # 2020-30469 | Young Conservatives of Texas Foundation | (277.00) |
| 11/19/2020 | Transaction Assessment | | | 245.00 |
| 11/19/2020 | TexFile Payment | Receipt # 2020-30871 | Young Conservatives of Texas Foundation | (245.00) |

**Lisa Cox**

| | |
|---|---|
| **From:** | Chester, Bonnie <Bonnie.Chester@oag.texas.gov> |
| **Sent:** | Monday, December 14, 2020 11:42 AM |
| **To:** | DC Records |
| **Subject:** | Young Conservatives of TX Foundation v. The University of North Texas; 442nd District Court; No. 20-9524-442; Original Answer |
| **Attachments:** | Denton DISTRICT CLERK PUBLIC RECORD REQUEST FORM.pdf; Young Conserv-CaseDetail.pdf |
| **Importance:** | High |

Good morning. Attached is a record request form regarding the above-referenced matter. The Original Answer is not listed on the case summary (also attached). The University of North Texas's answer was due to be filed this morning.

This request comes from a state government office (Office of the Attorney General). Please let me know if the copy fee is waived.

Thank you for your assistance in this matter.


Bonnie Chester
Legal Assistant
General Litigation Division
(512) 475-4098 / 512-809-8002 (cell)
bonnie.chester@oag.texas.gov

[FILED stamp: DENTON COUNTY, TEXAS 2020 DEC 14 PM 2:40 JULI LUCKENBACH GRANTHAM DISTRICT CLERK, DEPUTY]

## Gaby Villegas Pena

| | |
|---|---|
| **From:** | Gaby Villegas Pena |
| **Sent:** | Tuesday, December 15, 2020 4:22 PM |
| **To:** | 'bonnie.chester@oag.texas.gov' |
| **Subject:** | Record Request 20-9524-442 |
| **Attachments:** | Defendants Original Answer.tif; Receipt.pdf |

Dear Requestor,

Attached is/are the document(s) you have requested in the above-referenced Cause number and a copy of your receipt for your records.

If you should have any questions, please feel free to contact our office at 940-349-2200. Have a Blessed day!

Thank you!

*Gaby Villegas-Pena*
940-349-2200
Gaby.villegas@dentoncounty.com

1