IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:20-cv-973 |
| v. | § § | |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendant*. | § | |

**EXHIBIT "C"**
**LIST OF COUNSEL OF RECORD**

**Attorney for Plaintiff Young Conservatives of Texas Foundation**

Robert Henneke
State Bar No. 24046058
rhenneke@texaspolicy.com
Chance Weldon
State Bar No. 24076767
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
State Bar No. 24099014
abarnes@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701

**Attorney for Defendants University of North Texas, University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas**

Sandy Hellums-Gomez
State Bar No. 2403670
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, TX 77002
Sandy.Gomez@HuschBlackwell.com
Telephone: (713) 647-6800

Jeff Nobles
State Bar No. 15053050
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, TX 77002
Jeff.Nobles@HuschBlackwell.com
Telephone: (713) 647-6800


Scott Schneider
State Bar No. 24054023
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas  78701
Scott.Schneider@HuschBlackwell.com
Telephone: (512) 472-5456

Andy Taylor
State Bar No. 19727600
ANDY TAYLOR & ASSOCIATES, P.C.
2628 Highway 36 South #288
Brenham, Texas 77833
ataylor@andytaylorlaw.com
Telephone: (713) 222-1817-telephone