IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.   4:20-cv-973 |

**EXHIBIT "D"**
**CERTIFICATE OF INTERESTED PARTIES**

Defendants The University of North Texas, The University System of North Texas, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President of Enrollment of the University of North Texas files its Certificate of Interested Parties with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certify that the following is a statement of persons interested in the outcome of this case:

1. Plaintiff is Young Conservatives of Texas Foundation.

2. University of North Texas, University of North Texas System, Neal Smatresk, President of the University of North Texas and Shannon Goodman, Vice President of Enrollment of the University of North Texas

   Counsel for Defendants:
   Andy Taylor
   ANDY TAYLOR & ASSOCIATES, P.C.
   2628 Highway 36 South #288
   Brenham, Texas 77833

ataylor@andytaylorlaw.com
Telephone: (713) 222-1817

Sandy Hellums-Gomez
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, TX 77002
Sandy.Gomez@HuschBlackwell.com
Telephone: (713) 647-6800

Jeff Nobles
State Bar No. 15053050
HUSCH BLACKWELL LLP
600 Travis St., Suite 2350
Houston, TX 77002
Jeff.Nobles@HuschBlackwell.com
Telephone: (713) 647-6800

Scott Schneider
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, Texas  78701
Scott.Schneider@HuschBlackwell.com
Telephone: (512) 472-5456

These are the only parties known to Defendants The University of North Texas, The University System of North Texas, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President of Enrollment of the University of North Texas at this time to be financially interested in the outcome of this litigation.

          Respectfully submitted,

          By:  */s/Andy Taylor*
          Andy Taylor
          **ANDY TAYLOR & ASSOCIATES, P.C.**
          Designated Lead Counsel
          State Bar No. 19727600
          ataylor@andytaylorlaw.com
          2628 Highway 36 South #288
          Brenham, Texas 77833
          (713) 222-1817-telephone
          (713) 222-1855-facsimile

-and-

**HUSCH BLACKWELL LLP**

Sandy Hellums-Gomez
State Bar No. 2403670
Sandy.Gomez@HuschBlackwell.com
Jeff Nobles
State Bar No. 15053050
Jeff.Nobles@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – main telephone
(713) 647-6884 – general facsimile

-and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas  78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**