IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>§<br>THE UNIVERSITY OF NORTH TEXAS, THE §<br>UNIVERSITY OF NORTH TEXAS SYSTEM, §<br>NEAL SMATRESK, PRESIDENT OF THE §<br>UNIVERSITY OF NORTH TEXAS and §<br>SHANNON GOODMAN, VICE PRESIDENT §<br>FOR ENROLLMENT OF THE UNIVERSITY §<br>OF NORTH TEXAS; §<br>*Defendants*. § | CIVIL ACTION NO. 4:20-CV-973<br><br>JUDGE SEAN D. JORDAN |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

The Court, having considered Plaintiff's Motion for Summary Judgment and all memoranda submitted in support of and in opposition to the motion, as well as the applicable law, concludes that the motion has merit and should be, and hereby is GRANTED. The Court DECLARES that Tex. Educ. Code § 54.051(d), as applied to United States citizens, is preempted by 8 U.S.C. § 1623(a), and therefore is invalid and of no force or effect. The Court further DECLARES that Defendants are hereby PERMANENTLY ENJOINED from applying Section 54.051(d) of the Texas Education Code to United States citizens.