# EXHIBIT C
# (Transparency)

# Young Conservatives of Texas
# Legislative Affairs

## Public Testimony before the House Committee on Higher Education
*Tony McDonald, Vice Chairman for Legislative Affairs*
April 1st, 2009

---

I would like to thank Chairman Branch, Vice Chairman Castro, and all of the members of the House Committee on Higher Education for the opportunity to share my thoughts on House Bill 2504.

As a recent graduate of The University of Texas at Austin, I've experienced firsthand the frustration of attempting to register for classes without complete information about the courses that I was considering.

House Bill 2504 would provide much needed transparency for students, allowing them to access information about the syllabus, the reading requirements, the professor, and the costs of each course for which they are considering enrollment.

Currently students are mostly blind to all of this information. We are forced to invest thousands of dollars, some of which is borrowed or granted by the taxpayers, with incomplete information about the value of the classes that we are choosing.

Had this information been available to me, I could have avoided that Geography class with the graduate student that required a book only printed in the UK. I could have avoided taking two Geology courses that taught essentially the same thing. The list goes on and on. Simply put, I could have made better and more informed decisions about my education.

At the same time, this bill will provide an opportunity for the public to receive a snap-shot of the education that they are investing in, both through their taxes and through their children's tuition.

House Bill 2504 is common sense legislation that will empower students and their families to make better decisions about the classes that they choose to take and the professors that they choose to learn from. It will open up our universities to a greater level of scrutiny from taxpayers and families which will, in turn, ensure greater accountability.

Texas universities demand a greater level of transparency and House Bill 2504 provides some of it. I urge all of you to support this common sense legislation.

*For more information about Young Conservatives of Texas or our Legislative Agenda, please visit www.YCT.org. Mr. McDonald can be reached by telephone at (512) 923-6893 or by email at tony.mcdonald@yahoo.com.*

**www.YCT.org**