# EXHIBIT F
# (Tuition)



MENU      Contribute

## Find a YCT Chapter :

*Search Schools...*

# And people wonder why tuition has increased so much?

Blog / May 12, 2009

KTRK Houston has recently aired a series of investigative reports on the out of control spending at the University of Houston. There is no doubt in my mind that this type of fraud is going on elsewhere. Check out the videos, become informed, and demand answers from your state legislators. Let's enact policies that drive down tuition and improve educational quality, not write universities more blank checks.

School dollars paying for exotic trips: http://abclocal.go.com/ktrk/story?section=news/13_undercover&id=6802443

Is U of H tuition paying bar bills?: http://abclocal.go.com/ktrk/story?section=news/13_undercover&id=6800225

U of H makes changes after investigation: http://abclocal.go.com/ktrk/story?section=news/13_undercover&id=6808062

## Sign up to get the latest:

Email Address

Submit

© Copyright 1980 - 2020 Young Conservatives of Texas.
All rights reserved.