# EXHIBIT J
# (Immigrant Tuition)



MENU      Contribute

Find a YCT Chapter :

Search Schools...

# YCT Applauds Birdwell for Efforts to Repeal In-State Tuition for Illegal Aliens

Press Releases / May 10, 2011

FOR IMMEDIATE RELEASE
May 10, 2011

Contact: Daniel Cervera, (940) 642-0513

**AUSTIN —** Young Conservatives of Texas (YCT), the most active political youth organization in Texas, announced Tuesday its full endorsement of Senator Brian Birdwell's recent bid to defund in-state tuition for illegal aliens.

"Senator Birdwell should be praised for working on behalf of Texans to end in-state tuition for illegal aliens," said Tony McDonald, a UT law student and YCT Senior Vice Chairman for Legislative Affairs. "At a time when tough decisions are being made about the budget, Texans just can't afford to use the state's scarce financial resources to reward illegal activity."

A legislative committee report reveals Senator Birdwell's proposed amendments would save Texans an estimated $153 million by end of the 2016 fiscal year. Under current Texas law, U.S. citizens whose residence lies out-of-state are subject to higher tuition rates than students who continue to live in the country illegally.

"A system that unfairly rewards illegal immigration while charging legal U.S. citizens a higher tuition rate is not only insulting, it's irresponsible governance," said Daniel Cervera, a first-generation American and YCT Chapter Chairman at Baylor University. "I honestly can't believe Texans have put up with this law for as long as they have."

YCT, which was founded in 1980, issues the most respected ratings of the Texas legislature and is the only conservative group to have done so without interruption over the last 18 legislative sessions. YCT has chapters at universities across Texas. To learn more about YCT, their legislative ratings, or their endorsements, visit www.yct.org.

Sign up to get the latest:

Email Address

Submit

© Copyright 1980 - 2020 Young Conservatives of Texas.
All rights reserved.