# EXHIBIT K
# (Immigrant Tuition)



MENU   Contribute

Find a YCT Chapter :

Search Schools...

# YCT Calls Out David Sibley Vote For In-State Tuition For Illegal Immigrants

Press Releases / June 14, 2010

As early voting begins in SD 22, the Young Conservatives of Texas, a non-partisan, independent, grassroots organization with chapters at universities all over the State of Texas calls out David Sibley, Republican candidate for Senate District 22, for voting in favor of illegal immigrants receiving in-state tuition.

House Bill 1403, which allowed illegal immigrants to be offered in-state tuition rates by Texas colleges and universities, was passed through the state legislature in 2001. As a state senator, prior to becoming a lobbyist, David Sibley voted in favor of HB 1403.

"HB 1403 encourages more inflow of illegal immigrants into Texas and penalizes foreign students who come legally to the United States to study," Tony McDonald, Senior Vice-Chairman of Legislative Affairs said. "In addition to voting in support of tuition breaks for illegal immigrants, David Sibley donated thousands of dollars to Democratic candidates and officeholders. Sibley even donated to Dem. State Rep. Rick Noriega, the author of this bad bill who later ran against Sen. John Cornyn."

YCT, which was founded in 1980, issues the most respected ratings of the state legislature and is the only conservative group to have done so without interruption over the last 18 legislative

sessions. YCT has chapters at universities all across the state. To learn more about YCT, their legislative ratings, or their endorsements visit www.yct.org.

## Sign up to get the latest:

Email Address

Submit

© Copyright 1980 - 2020 Young Conservatives of Texas.
All rights reserved.