IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendant*. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00973 |

### [PROPOSED] ORDER

Before the Court is Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and (6). Having considered the Motion, Plaintiff's Response in Opposition, any Reply, and arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

BE IT THEREFORE ORDERED, ADJUDGED, AND DECREED that the claims asserted in Plaintiff's Original Petition (Dkt. No. 2), including its preemption claim, request for declaratory judgment, and request for injunction, are dismissed with prejudice pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

This order dismisses all pending claims.

HB: 4845-2769-3014.1