# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS; §<br>*Defendants*. § | CIVIL ACTION NO. 4:20-CV-973<br><br>JUDGE SEAN D. JORDAN |

## [PROPOSED] ORDER GRANTING MOTION TO REMAND

BE IT REMEMBERED on this day, the Court considered Plaintiff Young Conservatives of Texas Foundation's Motion to Remand. After considering said Motion and Response, the Court's file, and arguments of counsel, the Court finds that Plaintiff's Motion has merit and is GRANTED.

THEREFORE, it is ORDERED that this case be remanded to the District Court of Denton County, Texas; 442nd Judicial District.