## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **YOUNG CONSERVATIVES OF TEXAS FOUNDATION** § § § | |
| *Plaintiff*, § § | |
| § | **CIVIL ACTION NO. 4:20-cv-00973** |
| v. § § | |
| **THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,** § § § § § § § § § | |
| *Defendant*. § | |

## JOINT MOTION TO STAY DEADLINES

Defendants, the University of North Texas, the University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas (collectively "UNT" or "Defendants"), jointly with Plaintiff, Young Conservatives of Texas Foundation ("YCTF" or "Plaintiff"), respectfully submit this Joint Motion to Stay Deadlines.

The Parties are in receipt of the Court's Order and Advisory and Order Governing Proceedings both entered on January 22, 2021. Dkt. Nos. 10-11. The Parties agree that the Orders are intended to stay deadlines on previously filed motions pending the Courts decision on YCTF's Motion to Remand. Dkt. No. 12. The Parties, therefore, request a stay on the following deadlines until the Court decides YCTF's Motion to Remand:

HB: 4823-6796-1816.1

1. All responses and replies to Plaintiff's Motion for Summary Judgment.  Dkt. No. 6.

2. All responses and replies to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and (6).  Dkt. No. 7.

This request for a stay is not sought for purposes of delay and will not prejudice any party to this action.

The Parties respectfully request this Honorable Court enter an Order granting a stay on the above deadlines pending in this case,

    Respectfully submitted,

    By: */s/ Andy Taylor*
    Andy Taylor
    **ANDREW C. TAYLOR & ASSOCIATES, PLLC**
    Designated Lead Counsel
    State Bar No. 24068068
    ataylor@andytaylorlaw.com
    2628 Highway 36 South #288
    Brenham, Texas 77833
    (713) 222-1817 – telephone
    (713) 222-1855 – facsimile

    -and-

    **HUSCH BLACKWELL LLP**

    By: */s/ Sandy Hellums-Gomez*
    Sandy Hellums-Gomez
    State Bar No. 2403670
    Sandy.Gomez@HuschBlackwell.com
    Jeff Nobles
    State Bar No. 15053050
    Jeff.Nobles@HuschBlackwell.com
    600 Travis Street, Suite 2350
    Houston, Texas 77002
    (713) 647-6800 – main telephone
    (713) 647-6884 – general facsimile

    -and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas  78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

-and-

**TEXAS PUBLIC POLICY FOUNDATION**

By:  */s/ J. Aaron Barnes, Sr.*
Robert Henneke
State Bar No. 24046058
rhenneke@texaspolicy.com
Chance Weldon
State Bar No. 24076767
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
State Bar No. 24099014
901 Congress avenue
Austin, Texas 78701
(512) 472-2700 – main telephone
(512) 472-2728

**ATTORNEYS FOR PLAINTIFF YOUNG CONSERVATIVES OF TEXAS FOUNDATION**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Joint Motion to Stay Deadlines has been electronically filed by the CM/ECF system on this the 25th day of January, 2021 to all counsel of record.

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Parties have conferred and are in agreement with this Joint Motion to Stay Deadlines.

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez

HB: 4823-6796-1816.1