IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION §§§§§<br><br>*Plaintiff*, §<br>§<br>v. §§§<br>§ CIVIL ACTION NO. 4:20-cv-00973<br>THE UNIVERSITY OF NORTH TEXAS, §<br>THE UNIVESITY OF NORTH TEXAS §<br>SYSTEM, NEAL SMATRESK, §<br>PRESIDENT OF THE UNIVERSITY OF §<br>NORTH TEXAS and SHANNON §<br>GOODMAN, VICE PRESIDENT FOR §<br>ENROLLMENT OF THE UNIVERSITY §<br>OF NORTH TEXAS, §§§<br>*Defendant*. § | |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Stay Deadlines. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

BE IT THEREFORE ORDERED, ADJUDGED, AND DECREED that the deadlines for all responses and replies relating to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and (6) and the deadlines for all responses and replies relating to Plaintiff's Motion for Summary Judgment and Memorandum in Support, are hereby STAYED.

Date: _____

_____
The Honorable Sean D. Jordan

HB: 4850-3658-7736.1