UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § |
| v. | § §  CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § |

### **ORDER**

The Court, having considered the parties' Joint Motion to Stay Deadlines, (Dkt. #13), finds that it should be **GRANTED**.

It is therefore **ORDERED** that all deadlines in this case are **STAYED** pending the resolution of Plaintiff's Motion to Remand. (Dkt. #12).

**So ORDERED and SIGNED this 26th day of January, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE