IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendant*. | §§§§§§§§§§§§§§§§§§§ CIVIL ACTION NO. 4:20-cv-00973 |

## [PROPOSED] ORDER

Before the Court is the Plaintiff Young Conservatives of Texas Foundation's Motion to Remand to State Court (the "Motion") and Defendants, The University of North Texas; The University of North Texas System; Neal Smatresk, President of the University of North Texas; and Shannon Goodman, Vice President for Enrollment of the University of North Texas Response thereto.  Having considered the Motion and Response, the Court is of the opinion that the Motion should be DENIED.

IT IS SO ORDERED.

Date: _____

_____
The Honorable Sean D. Jordan

HB: 4818-6557-8203.1