IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **YOUNG CONSERVATIVES OF TEXAS FOUNDATION** | § § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO. 4:20-cv-00973** |
| v. | § § | |
| **THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,** | § § § § § § § § § | |
| *Defendant*. | § | |

**NOTICE OF SERVICE OF DEFENDANTS' RULE 26(a)(1) INTIAL DISCLOSURES**

Defendants, the University of North Texas, the University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas (collectively "UNT" or "Defendants") respectfully submit this Notice of Service of Defendants' Rule 26(a)(1) Disclosures.

By agreement of the parties, Defendants served Plaintiff, Young Conservatives of Texas Foundation ("YCT" or "Plaintiff"), with their Rule 26(a)(1) Initial Disclosures this 26th day of February, 2021.

Respectfully submitted,

By: */s/ Andy Taylor*
Andy Taylor
**ANDREW C. TAYLOR & ASSOCIATES, PLLC**

HB: 4813-7945-2894.1

Designated Lead Counsel
State Bar No. 24068068
ataylor@andytaylorlaw.com
2628 Highway 36 South #288
Brenham, Texas 77833
(713) 222-1817 – telephone
(713) 222-1855 – facsimile

-and-

**HUSCH BLACKWELL LLP**

By:  */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez
State Bar No. 2403670
Sandy.Gomez@HuschBlackwell.com
Jeff Nobles
State Bar No. 15053050
Jeff.Nobles@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – main telephone
(713) 647-6884 – general facsimile

-and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas  78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing Notice of Service of Defendants' Rule 26(a)(1) Initial Disclosures has been electronically filed by the CM/ECF system on this the 26th day of February, 2021 to all counsel of record.

                                      By: */s/ Sandy Hellums-Gomez*
                                              Sandy Hellums-Gomez