**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>　　*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:20-CV-00973<br>§<br>§ JUDGE SEAN D. JORDAN<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Joseph Aaron Barnes, Sr. withdraws as an attorney of record for Plaintiff Young Conservatives of Texas Foundation in the above-captioned case. Young Conservatives of Texas Foundation will continue to be represented by Robert Henneke and Chance Weldon.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/Joseph Aaron Barnes, Sr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH AARON BARNES SR.
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24099014
　　　　　　　　　　　　　　　　　　　　TEXAS PUBLIC POLICY FOUNDATION
　　　　　　　　　　　　　　　　　　　　901 Congress Avenue
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　Telephone:　(512) 472-2700
　　　　　　　　　　　　　　　　　　　　Facsimile:　(512) 472-2728
　　　　　　　　　　　　　　　　　　　　abarnes@texaspolicy.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the Court's CM/ECF system.  All registered counsel will be served by the Court's CM/ECF system.

                */s/Joseph Aaron Barnes, Sr.*
                JOSEPH AARON BARNES, SR.