# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants*. | CIVIL ACTION NO. 4:20-CV-00973<br><br>JUDGE SEAN D. JORDAN |

## MOTION TO WITHDRAW AS COUNSEL

Joseph Aaron Barnes, Sr., one of the counsel for Plaintiff Young Conservatives of Texas Foundation in the above-captioned case respectfully moves that the Court enter its Order permitting him to withdraw from representation in this matter because he will no longer be employed at Texas Public Policy Foundation. Young Conservatives of Texas Foundation will continue to be represented by Robert Henneke and Chance Weldon who have previously entered an appearance in this matter.

Respectfully submitted,

*/s/Joseph Aaron Barnes, Sr.*
JOSEPH AARON BARNES SR.
Texas Bar No. 24099014
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:   (512) 472-2700
Facsimile:   (512) 472-2728
abarnes@texaspolicy.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

                                                */s/Joseph Aaron Barnes, Sr.*
                                                JOSEPH AARON BARNES, SR.