IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION <br> *Plaintiff*, <br><br> v. <br><br> THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS; <br> *Defendants*. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:20-CV-00973 <br><br> JUDGE SEAN D. JORDAN |

**[PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL**

This matter came to be heard on the motion of Joseph Aaron Barnes, Sr., counsel for Plaintiff Young Conservatives of Texas Foundation in the above-captioned case, to permit him to withdraw from representation in this matter because he will no longer be employed at Texas Public Policy Foundation. After considering the matter, the motion is GRANTED.

IT IS THEREFORE ORDERED, that Mr. Barnes is withdrawn as counsel for Plaintiff Young Conservatives of Texas. Plaintiff will continue to be represented by other counsel of record.