UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § |
| v. | §  CIVIL NO. 4:20-CV-973-SDJ § |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § |

## ORDER

Before the Court is Joseph Aaron Barnes, Sr.'s Motion to Withdraw as Counsel. (Dkt. #21). Upon consideration, the Court finds good cause to **GRANT** the motion.

It is therefore **ORDERED** that Joseph Aaron Barnes, Sr., is hereby **WITHDRAWN** as counsel for Plaintiff Young Conservatives of Texas Foundation. The Clerk is instructed to terminate Barnes as counsel and remove him from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 29th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE