IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br> *Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br> *Defendants*. | CIVIL ACTION NO. 4:20-CV-00973<br><br>JUDGE SEAN D. JORDAN |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Young Conservatives of Texas Foundation ("Plaintiff") respectfully submits this Unopposed Motion to Amend Scheduling Order.

The Court recently set a briefing schedule on Defendants' Motion to Dismiss (*see* Dkt. 23). Plaintiff's Lead Counsel, Rob Henneke, is currently out of the office with extremely limited access to communications. He will return August 9, 2021. Therefore, Plaintiff requests a two-week extension on the briefing schedule and asks that the Court set the following schedule:

1. Young Conservatives' response to UNT's Motion to Dismiss Pursuant to Rules 12(b)(1) and (6), (Dkt. #7), will be due on August 25, 2021.

2. UNT's reply, if any, will be due on September 1, 2021, and Young Conservatives' sur-reply, if any, will be due September 8, 2021.

3. The parties' proposed scheduling order: September 17, 2021.

Defendants do not oppose this motion.

Respectfully submitted,

*/s/Chad Ennis*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
CHAD ENNIS
Texas Bar No. 24045834
cennis@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:     (512) 472-2700
Facsimile:      (512) 472-2728

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h) and (i), I certify that I have conferred via email with Sandy Gomez, attorney for Defendants and on July 29, 2021, she stated that Defendants are unopposed to this motion.

*/s/Chad Ennis*
CHAD ENNIS

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Eastern District of Texas by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/Chad Ennis*
CHAD ENNIS