IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants*. | CIVIL ACTION NO. 4:20-CV-00973<br><br>JUDGE SEAN D. JORDAN |

**[PROPOSED] ORDER GRANTING AMENDED SCHEDULING ORDER**

Before the Court is Plaintiff's Motion to Amend Scheduling Order. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, that the following deadlines are hereby set:

1. Young Conservatives' response to UNT's Motion to Dismiss Pursuant to Rules 12(b)(1) and (6), (Dkt. #7), will be due on **August 25, 2021**.

2. UNT's reply, if any, will be due on September 1, 2021, and Young Conservatives' sur-reply, if any, will be due **September 8, 2021**.

3. The parties' proposed scheduling order: **September 17, 2021**.