UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § § § § § | CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | | |

## ORDER

Before the Court is Plaintiff Young Conservatives of Texas Foundation's Unopposed Motion to Amend Scheduling Order. (Dkt. #26). Having found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that the following deadlines are set:

1. Plaintiff's response to Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and (6), (Dkt. #7), is due on **August 25, 2021**;

2. Defendants' reply, if any, is due on **September 1, 2021**, and Plaintiff's sur-reply, if any, is due on **September 8, 2021**; and

3. The parties' proposed scheduling order is due on **September 17, 2021**.

**So ORDERED and SIGNED this 3rd day of August, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE