IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendant*. | §§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:20-cv-00973 |

## NOTICE OF APPEARANCE

Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas ("UNT") gives notice to the Court and to all parties that Paige Duggins-Clay of the firm Husch Blackwell LLP is appearing as counsel for Defendant in the above-captioned cause pursuant to Local Rule 83.10(a). The contact information for Ms. Duggins-Clay is as follows:

Paige Duggins-Clay
Husch Blackwell LLP
Texas Bar No. 24105825
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-4093 / 512-479-1101 (Fax)
Paige.Duggins-Clay@HuschBlackwell.com

Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/Paige Duggins-Clay*
Paige Duggins-Clay
Texas Bar No. 24105825
Paige.Duggins-Clay@HuschBlackwell.com
111 Congress Avenue, Ste. 1400
Austin, Texas 78701
Telephone:  (512) 479-4093
Facsimile:  (512) 479-1101

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on all counsel of record via the ECF system of the Court on September 2, 2021.

*/s/Paige Duggins-Clay*
Paige Duggins-Clay