UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION § § § | |
| v. § | CIVIL NO. 4:20-CV-973-SDJ |
| § § | |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. § | |

## SCHEDULING ORDER

The Court, after reviewing the case management report required by Federal Rule of Civil Procedure 26(f) and conferring with the parties either by e-mail or scheduling conference, enters this case-specific order which controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated.

### DEADLINES

**Deadline to Add Parties:** The parties do not anticipate the need to add parties. Should the need arise, the parties will seek leave of court pursuant to Fed. R. Civ. P. 15.

**Fact Discovery Deadline:** Fact discovery shall commence immediately and must be completed within sixty days of this Court's order on the currently pending Motion to Dismiss, (Dkt. #7). Any fact discovery requests must be propounded so that the responses are due by this date.

**Expert Deadlines:** The parties do not anticipate expert testimony. Should the need arise, the parties will propose a schedule to the Court regarding the same.

**Dispositive Motions:** Plaintiff's Motion for Summary Judgment and Memorandum in Support, (Dkt. #6), is currently stayed before this Court pending its ruling on Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and (6), (Dkt. #7). If necessary, the Court will issue an order setting the briefing deadlines on Plaintiff's summary-judgment motion and will set a briefing schedule for Defendants' dispositive motions, if any, at that time.

| | |
|---|---|
| **Trial Deadlines:** | The parties anticipate that this case will be resolved on dispositive motions. In the event that this case is not resolved on such motions, the Court will order the parties to confer and submit a proposed amended schedule for trial-related deadlines. |

**So ORDERED and SIGNED this 6th day of October, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE