UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § |
| v. | §  CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § § |

### ORDER

Having denied the motion to dismiss filed by Defendants (collectively, "UNT"), the Court orders that the stay on Plaintiff Young Conservatives of Texas Foundation's ("Young Conservatives") Motion for Summary Judgment and Memorandum in Support is **LIFTED**.

It is therefore **ORDERED** that the following deadlines are set:

1. UNT's response to Young Conservatives' motion for summary judgment, (Dkt. #6), will be due on **November 18, 2021**.

2. Young Conservatives' reply, if any, will be due on **November 26, 2021**, and UNT's sur-reply, if any, will be due **December 3, 2021**.

3. Any other dispositive motions, by either party, must be filed on or before **January 18, 2022**.

All other provisions of the Court's Scheduling Order, (Dkt. #33), remain in force unchanged.

**So ORDERED and SIGNED this 28th day of October, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE