# EXHIBIT 1

# University of North Texas
# Division of Enrollment
## 2021-2022 Organizational Chart




**Shannon Goodman** — VP for Enrollment

**Rhonda Acker** — Executive Assistant

**Laurea Irving** — Director for Customer Experience
- Visitor Experience (Campus Tours)
- Customer Experience Training
- Call Center

**Beth Tolan** — Assistant Vice President for Student Financial Aid & Scholarships
- Scholarships
- Loans/Grants
- Processing

**Shari Schwartz** — Registrar
- Registration, Enrollment Certification, Academic Records, Student Services
- Transfer Articulation, Degree Audit, Graduation, Degree Conferral
- Academic Scheduling
- Curriculum Coding/Tracking & Catalog Production
- Enrollment Reporting

**Chris Foster** — Assistant Vice President for Student Financial Services
- Tuition and Fees Assessment
- Cashiering
- Collections
- Refunding
- Customer Service

**James Garrison** — Associate Vice President for Enrollment Systems
- CRM
- Campus Solutions/ERP
- Mobile App

**Michael Sanders** — Associate Vice President for Enrollment and University Admissions
- Undergraduate/Graduate Processing
- Undergraduate/Graduate Recruitment
- Outreach

**Brenda McCoy** — Sr. Associate Vice President for Strategic Initiatives
- Strategic Initiatives/Transfer Articulation
- Division Communications/Marketing
- Division Budget

UNT | DIVISION OF ENROLLMENT

9-1-21