# EXHIBIT  2

**MENU**

# Office of the President (/)

HOME (/)  /  SHANNON GOODMAN

## Shannon Goodman



Hurley Administration Bldg

⌃ TOP

Room 206

Shannon.Goodman@unt.edu (mailto:Shannon.Goodman@unt.edu)

940-369-8010 (tel:940-369-8010)

Division of Enrollment (http://enrollment.unt.edu)

# Shannon Goodman

## Vice President for Enrollment

Executive Assistant: Rhonda Acker (mailto: Rhonda.Acker@unt.edu)

📄 2021-22 Enrollment Org Chart (https://president.unt.edu/sites/default/files/21-22%20Enrollment_OrgChart%20%281%29.pdf)

## Division Information

The Division of Enrollment is charged with the goals of improving the quality, quantity and diversity of UNT's student population through effective enrollment management and strategic enrollment strategies. The division includes the following departments:

- Undergraduate Admissions
- Student Financial Aid and Scholarships
- Student Financial Services
- Registrar's Office
- Transfer Articulation

## Bio Information

Shannon Goodman began as the founding vice president of the Division of Enrollment in February 2015. Mr. Goodman is responsible for building an effective enrollment management operation and ensuring UNT achieves sustainable enrollment growth while balancing both quality and accessibility. In collaboration with others at the university, Mr. Goodman oversees UNT programs such as the Eagle Express Tuition Plan (https://eagleexpress.unt.edu/), a plan that locks in students' total academic costs for four years and saves them up to $4,000 if they graduate in four years. Mr. Goodman has more than 25 years of experience in higher education and most recently served as associate vice president of enrollment and student services at the University of Nevada-Las Vegas. Mr. Goodman joined UNLV in 2008 as executive director for student systems, overseeing the day-to-day management, planning, organizing and directing of the staff and operations and UNLV's adoption of new information systems for admissions, recruitment, records, advising, financial aid and student accounts. Prior to joining UNLV, Goodman was managing partner for STK Consulting, working with higher education clients adopting new technical solutions including enterprise resource planning software.

## Education:

- M.S. in Educational Leadership, Northern Arizona University
- B.S. in Advertising, Arizona State University

Follow @UNTPrez (http://www.twitter.com/UNTPrez)

UNT Insider (/insider)

President's News Roundup (/subscribe-presidents-news-roundup)

Learn more about UNT (/learn-more-about-unt)

Partner with UNT (/partner-unt)

University Awards (http://awards.unt.edu/)

Give now (https://giving.unt.edu/content/giving-unt)

˄
TOP