UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § | |

## ORDER

It is **ORDERED** that, on or before **November 23, 2021**, Defendants shall file a response no longer than five (5) pages that addresses Plaintiff's Response to this Court's Order to Show Cause, (Dkt. #37).

**So ORDERED and SIGNED this 16th day of November, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE