IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| | | CIVIL ACTION NO. 4:20-cv-00973 |
| v. | | |
| | | |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | | |
| *Defendant*. | | |

**JOINT MOTION FOR CONSOLIDATED BRIEFING SCHEDULE**

Defendants, the University of North Texas, the University of North Texas System, Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas (collectively "UNT" or "Defendants"), jointly with Plaintiff, Young Conservatives of Texas Foundation ("YCT" or "Plaintiff") (each individually a "party" and collectively the "Parties"), respectfully submit this Joint Motion for Consolidated Briefing Schedule.

Pursuant to the Scheduling Order entered in this matter (Dkt. No. 33) and the Court's Memorandum Opinion and Order denying Defendants' Motion to Dismiss (Dkt. No. 34), the deadline for completion of discovery in this matter is **December 28, 2021**. The Parties are also in

receipt of the Court's Order setting the deadlines for the briefing on Plaintiff's Motion for Summary Judgment and any other dispositive motions (Dkt. No. 35) as follows:

- UNT's response to Young Conservatives motion for summary judgment (Dkt. No. 6) is currently due on November 18, 2021.

- Young Conservatives' reply, if any, is currently due on November 26, 2021, and UNT's sur-reply, if any, is currently due December 3, 2021.

- Any other dispositive motions, by either party, must be filed on or before January 18, 2022.

In light of the fact that discovery is ongoing, including depositions and written discovery, and cannot be completed prior to the above deadlines related to Young Conservatives' motion for summary judgment, the Parties have conferred and agree to consolidate the briefing schedule for YCT's motion for summary judgment (Dkt. No. 6) and any UNT cross-dispositive motion. The Parties agree that the page limitations for each motion, response, reply, and sur-reply shall remain unchanged and will individually comply with Local Rule CV-7. The Parties have agreed to and propose the following consolidated briefing schedule:

1. UNT's consolidated response to Young Conservatives' motion for summary judgment (Dkt. No. 6) and cross-dispositive motion will be due on or before January 18, 2022.

2. YCT's consolidated reply in support of its motion for summary judgment and response to UNT's cross-motion for summary judgment will be due February 8, 2022.

3. UNT's consolidated sur-reply to YCT's motion for summary judgment and reply in support of its cross-dispositive motion will be due February 15, 2022.

4. YCT's sur-reply, if any, to UNT's cross-dispositive motion will be due February 22, 2021.

This request for a consolidated briefing schedule is not sought for purposes of delay and will not prejudice any party to this action.

Date: November 16, 2021

Respectfully submitted,

By: */s/ Andy Taylor*
Andy Taylor
**ANDY TAYLOR & ASSOCIATES, P.C.**
Designated Lead Counsel
State Bar No. 19727600
ataylor@andytaylorlaw.com
2628 Highway 36 South #288
Brenham, Texas 77833
(713) 222-1817 – telephone
(713) 222-1855 – facsimile

-and-

**HUSCH BLACKWELL LLP**

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez
State Bar No. 2403670
Sandy.Gomez@HuschBlackwell.com
Jeff Nobles
State Bar No. 15053050
Jeff.Nobles@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – main telephone
(713) 647-6884 – general facsimile

-and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
Paige Duggins-Clay
State Bar No. 24105825
Paige.Duggins-Clay@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 – main telephone

(512) 479-1101 – general facsimile

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendants conferred on November 16, 2021 regarding the foregoing and agreed to file this Joint Motion for Consolidated Briefing Schedule.

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served upon the following on this the 17th day of November, 2021:

Robert Henneke
rhenneke@texaspolicy.com
Chance Weldon
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
abarnes@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701

*Attorneys for Plaintiff*

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez