IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION,  *Plaintiff*,  v.  THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,  *Defendant*. | CIVIL ACTION NO. 4:20-cv-00973 |

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Consolidate Briefing Schedule. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

BE IT THEREFORE ORDERED, ADJUDGED, AND DECREED that the deadlines for all dispositive motions and responses shall be as follows:

1. UNT's consolidated response to Young Conservatives' motion for summary judgment (Dkt. No. 6) and cross-dispositive motion will be due on or before January 18, 2022.

2. YCT's consolidated reply in support of its motion for summary judgment and response to UNT's cross-motion for summary judgment will be due February 8, 2022.

3. UNT's consolidated sur-reply to YCT's motion for summary judgment and reply in support of its cross-dispositive motion will be due February 15, 2022.

4. YCT's sur-reply, if any, to UNT's cross-dispositive motion will be due February 22, 2021.

Date: _____

_____
The Honorable Sean D. Jordan