UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § § § § § | CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | | |

### ORDER

Before the Court is the parties'—Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman (collectively "UNT") and Plaintiff Young Conservatives of Texas Foundation ("Young Conservatives")—Joint Motion for Consolidated Briefing Schedule. (Dkt. #39). Having considered the motion and that discovery is ongoing, the Court concludes that the motion should be **GRANTED**.

It is therefore **ORDERED** that the following deadlines for all dispositive motions and responses are set:

1. UNT's consolidated response to Young Conservatives' motion for summary judgment, (Dkt. #6), and cross-dispositive motion is due on or before **January 18, 2022**.

2. Young Conservatives' consolidated reply in support of its motion for summary judgment and response to UNT's cross-dispositive motion is due on or before **February 8, 2022**.

3. UNT's consolidated sur-reply to Young Conservatives' motion for summary judgment and reply in support of its cross-dispositive motion is due on or before **February 15, 2022**.

4. Young Conservatives' sur-reply, if any, to UNT's cross-dispositive motion is due on or before **February 22, 2022**.

All other provisions of the Court's Scheduling Order, (Dkt. #33), remain in force unchanged.

**So ORDERED and SIGNED this 17th day of November, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE