# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 4:20-CV-973<br>§<br>§ JUDGE SEAN D. JORDAN<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christian Townsend of Texas Public Policy Foundation has on this day entered his appearance as counsel in the above-captioned matter on behalf of Plaintiff.

Dated: November 18, 2021

Respectfully submitted,

*/s/Christian Townsend*
CHRISTIAN TOWNSEND
MD Bar No. 2012180144
ctownsend@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone: (512) 472-2700
Facsimile: (512) 472-2728

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed on November 18, 2021, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all properly registered counsel.

*/s/Christian Townsend*          .
CHRISTIAN TOWNSEND