# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:20-CV-973 |
| THE UNIVERSITY OF NORTH TEXAS, THE | § | JUDGE SEAN D. JORDAN |
| UNIVERSITY OF NORTH TEXAS SYSTEM, | § | |
| NEAL SMATRESK, PRESIDENT OF THE | § | |
| UNIVERSITY OF NORTH TEXAS and | § | |
| SHANNON GOODMAN, VICE PRESIDENT | § | |
| FOR ENROLLMENT OF THE UNIVERSITY | § | |
| OF NORTH TEXAS; | § | |
| *Defendants*. | § | |

---

**PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION**

---

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Young Conservatives of Texas Foundation (YCT) by and through its counsel serves the following responses to Defendants, The University of North Texas; The University of North Texas System; Neal Smatresk, President of the University of North Texas; and Shannon Goodman, Vice President for Enrollment of the University of North Texas (collectively "UNT").

Respectfully submitted,

*/s/Chance Weldon*
CHANCE WELDON
Texas Bar No. 24076767
cweldon@texaspolicy.com
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHRISTIAN TOWNSEND
Maryland Bar No. 2012180144
ctownsend@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION

901 Congress Avenue
Austin, Texas 78701
Telephone:      (512) 472-2700
Facsimile:      (512) 472-2728

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was

electronically served on December 13, 2021, via email to all counsel of record.

*/s/Chance Weldon*
CHANCE WELDON

2

## REQUESTS FOR PRODUCTION

1.      Produce all documents identified in, referred to, considered, reviewed, relied on, or used in preparing your answers to Defendant's First Set of Interrogatories to Plaintiff or that evidence, describe, or refer to any facts stated in response to those interrogatories.

**RESPONSE:** Plaintiff objects that this request is vague, overbroad, unduly burdensome, not tailored to the needs of this case, and seeks information protected by the attorney client privilege, work product privilege, and the First Amendment.

2.      Produce any and all written statements you have obtained from any individual regarding their knowledge of the facts relevant to this lawsuit.

**RESPONSE:** Plaintiff objects that this request is vague, overbroad, unduly burdensome, not tailored to the needs of this case, seeks information equally available to Defendants and seeks information protected by the attorney client privilege, work product privilege, and the First Amendment.

3.      Produce all documents received from any third party, whether by subpoena or otherwise, which concern or relate to the claims or allegations in this Lawsuit.

**RESPONSE:** Plaintiff objects that this request is vague, overbroad, unduly burdensome, not tailored to the needs of this case, and seeks information protected by the attorney client privilege, work product privilege. Subject to and without waiving this objection, Plaintiff has not served any third-party subpoenas in this case.

4.      Produce all documents and communications constituting a membership list and/or directory information for all current members of YCT's University of North Texas Chapter.

**RESPONSE:** Plaintiff objects that this request is unduly broad, overly burdensome, harassing, irrelevant, and not tailored to the needs of this case. Moreover, this request attempts to solicit private membership information in violation YCT's First Amendment rights, and no response is required. Subject to and without waiving these objections, Plaintiff will produce the far more limited information necessary to establish standing under a protective order appropriate to this case.

5.     Produce all documents and communications relating to your contention that the UNT Defendants charge resident aliens who are not lawfully present in the United States lower tuition than non-resident citizens, as alleged in paragraph 20 of your Original Complaint.

**RESPONSE:**  Responsive documents are attached as Bates Nos. YCT00001-36.

6.     Produce all documents relating to YCT's operational budget and expenditures for the last five fiscal years.

**RESPONSE:** Plaintiff objects that this request is unduly broad, overly burdensome, harassing, irrelevant, and not tailored to the needs of this case. Moreover, this request attempts to solicit information in violation YCT's First Amendment rights, and no response is required.

7.     Produce all documents evidencing the "drain" on YCT's organizational resources, as alleged in paragraph 22 of your Original Petition.

**RESPONSE:** Plaintiff has amended its complaint to remove the allegations referenced in this request. No further response is required.

8.    Produce all documents evidencing YCT's expenditures for advocacy on policy related to "organizational efforts to combat the requirement for certain United States citizens to pay more in tuition than resident aliens who are not lawfully present in the United States," as described in paragraphs 20–22 of your Original Petition.

**RESPONSE:**  Plaintiff has amended its complaint to remove the allegations referenced in this request. No further response is required.



**University of North Texas (http://www.unt.edu)**
# Office of the Registrar (/)

REGISTRATION (/REGISTRATION) | TRANSCRIPTS & RECORDS ⌄

GRADUATION & DEGREES (/GRADUATION-AND-DIPLOMAS) | GRADES & EXAMS (/GRADES)

FACULTY & STAFF (/FACULTY) | CONTACT US (/ABOUT)

## Office of the Registrar

## (/)

HOME (/)   /   TRANSCRIPTS & RECORDS (/TRANSCRIPTS-AND-RECORDS)   /   RESIDENCY INFORMATION (/TRANSCRIPTS-AND-RECORDS/RESIDENCY-INFORMATION)   /   NON-U.S. CITIZEN BASING RESIDENCY ON SELF

# Non-U.S. Citizen Basing Residency on Self

***F1 visa holders are not eligible to domicile in the US per the US Immigration office, therefore, a student holding an F1 visa would not be eligible to apply for in-state residency for tuition purposes.***

A non-U.S. citizen is entitled to classification as a resident for tuition purposes through one of several ways:

# High School Graduation in Texas

To be classified as a resident based on graduating from a Texas high school, the person must meet the below criteria and provide supporting evidence:

1. Graduate from a high school in Texas

2. Physically reside in Texas for 36 consecutive months immediately preceding high school graduation

3. Physically reside in Texas for 12 consecutive months immediately preceding the census date of the semester in which the student enrolls in a Texas public college or university



YCT00001

# Establishment and Maintenance of Domicile

To be classified as a resident based on being an independent who has established and maintained domicile in Texas, the person must provide the following:

1. Proof of physical residence in Texas for the previous 12 consecutive months; and

2. Proof of the establishment and maintenance of domicile in Texas for a period of 12 consecutive months. Although not conclusive or exhaustive, the following factors occurring throughout a consecutive 12-month period prior to the census date of the semester in which a person seeks to enroll may lend support to a claim regarding his/her intent to establish domicile in Texas:

   1. Significant gainful employment in Texas that represents at an average of at least twenty hours per week or is sufficient to provide at least one-half of the individual's tuition and living expenses

   2. Sole or join-marital ownership of residential real property in Texas that is their primary residence

   3. Ownership and customary management of a business entity in Texas without the intention of liquidation for the foreseeable future

   4. Marriage to a person who has resided and maintained domicile (see above items) in Texas

# Waivers

Students who may not meet the above requirements to be reclassified as a resident for tuition purposes may still qualify for a tuition waiver to pay the in-state tuition rate. Further information on tuition waivers can be found via the Student Financial Services website: https://sfs.unt.edu/waivers-and-exemptions

The student may not be classified as a resident for tuition purposes unless he/she holds a current immigration status that is eligible to domicile in the United States and has resided in Texas a minimum of 12 consecutive months. The following non-U.S. Citizens who are eligible to establish a domicile in Texas under the law and can obtain Texas residency, if they meet the basic residency requirements, are listed below: *(Appropriate document will be required.)*

Permanent Residents (I-551) or document showing extension of this card

Holder of the I-766 card that has not expired

Holder of the I-688, I-688a or I-699b card that has not expired

YCT00002

Letter from INS showing approval under the visa diversity (lottery) program

Notice of Action (I-797) showing **approved**, or letter from INS showing grant of deferred action status

Copy of fee receipt issued by INS when the petition was filed

Holder of the I-485 – The application to register Permanent Residence or adjust status

Refugees, Asylees, Parolees, Conditional Permanent Residents (holding I-551 cards which have not expired), Temporary Residents (holding I-688, I-688a, or I-688b cards which have not expired)

Holder of one of the following visa types (A-1, A-2 who is a dependent of A-1, A-3, E-1, E-2, G-1, G-2, G-3, G-4, G-5, H-1B, I, K-1, K-2, K-3, K-4, L-1, L1-a, L1-b, L-2, NATO 1-7, O-1, O-3 who is a dependent of O-1, R-1, R-2, T-1, T-2, T-3, T-4, U-1, U-2, U-3, U-4, V-1, V-2, V-3

F1 visa holders are not eligible to domicile in the US per the US Immigration office, therefore, a student holding an F1 visa would not be eligible to apply for in-state residency for tuition purposes.

Special note to students who are undocumented and who do not have college work prior to Fall 2001: Please contact the Office of Admissions for additional information. You may qualify for Texas residency under HB 1403. SB 1528

Below is the Documentation to Support Domicile and Residency PDF. For examples of documentation that may help substantiate establishment of domicile, see Part A. For examples of documentation that may help substantiate physical residence in Texas, please see Part B.

**Documentation to Support Domicile and Residency (pdf) (//registrar.unt.edu/sites/default/files/documentation-to-support-domicile-and-residency.pdf)**

**Residency Affidavit (pdf) (//registrar.unt.edu/sites/default/files/residency-affidavit-SB1528.pdf)**

**Request to Update University Records - Visa Status (pdf) (//registrar.unt.edu/sites/default/files/change_of_eis_status_request_04302019.pdf)**

To begin the process of applying for Residency Reclassification, submit an Ask Now question through the **Scrappy Says website (https://scrappysays.unt.edu)**. A Residency Counselor will follow up with you on next steps in the process.

**It is the student's responsibility to determine if the above guidelines are in effect when applying for residency.**

YCT00003

 **(https://scrappysays.unt.edu)**

# Questions? Scrappy has answers!

**Scrappy Says (https://scrappysays.unt.edu)** is your online resource for help topics about course registration, records, financial aid, your student account and more. Find answers or schedule an appointment today!

**(http://social.unt.edu/so**





**(https://www.unt.edu)**

Main Menu

Home (/)  |  Registration (/registration)  |  Transcripts & Records (/transcripts-and-records)  |

Graduation & Degrees (/graduation-and-diplomas)  |  Grades & Exams (/grades)  |  Faculty & Staff (/faculty)  |  Contact Us (/about)

University Links

MyUNT (//my.unt.edu/)  |  Blackboard (//learn.unt.edu/)  |  EagleConnect (//eagleconnect.unt.edu/)  |

UNT Directory (//www.unt.edu/find-people-departments)  |  UNT Map (//maps.unt.edu/)  |  Jobs at UNT (//hr.untsystem.edu/)

# Office of the Registrar



Scrappy Says (https://scrappysays.unt.edu)

📍 Eagle Student Services Building (https://goo.gl/maps/L33xPm1AoQw)

✉ 1155 Union Circle #311400

Denton, Texas 76203-1400

🚗 Visitor Information (https://www.unt.edu/community)

940-565-2111



YCT00005

APPLY NOW >    SCHEDULE A TOUR >    GET MORE INFO >

**Disclaimer (//www.unt.edu/disclaimer) | AA/EOE/ADA (//www.unt.edu/ada) | Privacy (//www.unt.edu/privacy) | Electronic Accessibility (//policy.unt.edu/policy/14-005) | Required Links (//www.unt.edu/required-links) | UNT Home (//www.unt.edu)**

**©2021 University of North Texas**

**Required Links (//www.unt.edu/required-links)**



YCT00006





**Texas Higher Education
Coordinating Board**

## Residency and In-State Tuition

### Who pays in-state tuition?
Persons classified as residents for higher education purposes under Texas law may pay in-state tuition. Although the State of Texas does not have any programs specifically for undocumented students, some undocumented persons are among those who are eligible for in-state tuition under current residency statutes. The residency statutes for higher education purposes have evolved somewhat over the past 7 years.

### What is House Bill 1403 (passed by the 77th Texas Legislature in 2001)?
House Bill 1403 granted certain non-immigrant students, including undocumented students, access to in-state tuition rates at Texas public institutions of higher education and state financial aid. To qualify, the bill required students to have:
o   resided in Texas with a parent or guardian while attending high school in Texas,
o   graduated from a public or private high school or received a GED in Texas,
o   resided in Texas for the three years leading to graduation or receipt of a GED, and
o   provided their institutions a signed affidavit indicating an intent to apply for permanent resident status as soon as able to do so.
The bill passed and was codified as Texas Education Code (TEC) 54.052(j).

### What were the implications of HB 1403?
This law allowed individuals who were not permanent residents or citizens of the United States to be classified as residents for higher education purposes if they met the requirements outlined above and provided their institutions an affidavit indicating they would apply for permanent residence as soon as they were eligible to do so.

Numerous visas issued by the federal government allow *documented* individuals to reside in the United States. If these individuals met the requirements outlined above, they were residents of Texas by state law. Undocumented students also could be classified as residents if they met those requirements.

### Were there any legal problems with HB 1403?
During the years when TEC 54.052(j) was in effect, there were claims made that it was unconstitutional and could be the basis of a lawsuit since it allowed certain individuals to be treated differently than others. This situation changed with the passage of SB 1528, 79th Texas Legislature, Regular Session, effective September 1, 2005. This bill repealed the old residency statutes, including TEC 54.052(j), applicable to students beginning in spring 2006.

### What is Senate Bill 1528 (passed by the 79th Texas Legislature, Regular Session, in 2005)?
Senate Bill 1528 amended the provisions of House Bill 1403 so that they applied to all individuals who had lived in Texas a significant part of their lives. Citizens, Permanent Residents and certain non-immigrant students could establish a claim to residency following its provisions. To qualify, the individual must have:
o   lived in Texas the 3 years leading up to high school graduation or the receipt of a GED; and

YCT00007

- o  resided in Texas the year prior to enrollment in an institution of higher education (which could overlap the 3-year period).

In addition, if the student was not a U.S. Citizen or Permanent Resident, he/she had to file an affidavit with his/her institution, indicating an intent to apply for Permanent Resident status as soon as able to do so. The bill passed and was codified as TEC 54.052 through 54.056.

**What are the implications of SB 1528?**
As with House Bill 1403, the new statute, passed in 2005, allows certain international students to establish a claim to residency for higher education purposes. In addition, it allows US Citizens or Permanent Residents to establish an independent claim to residency based on graduation from high school or the completion of its equivalent after residing in the state for at least 36 months. The fact that this provision applies to all high school graduates relieves the state of any threat of a law suit based on preferential treatment. More importantly, it allows high school graduates to establish their own basis of residency by having lived here for the three years leading up to graduation.

In the past, students born and raised in Texas but whose parents moved out of state before they had enrolled in college were statutorily classified as nonresidents, whether they had ever lived outside the state or not. Students raised by grandparents or other family members who had never gone to court to acquire legal custody were considered residents of the state in which their biological parents lived, whether or not those parents were in any way involved in their upbringing. The new provisions of TEC 54.052(a)(3) enable these students, and all other students who graduate from high school in Texas under the prescribed conditions, to be classified as residents and allow them to enroll while paying the resident tuition rate. It is important to note that the statute indicates these students are not nonresidents who are getting to pay the resident rate due to a waiver of nonresident tuition. They are classified as *bone fide* residents under current statues.

**How many students has this affected?**
The number of students qualifying under these provisions is relatively small. The full population of students reported as residents under the residency provisions of TEC 54.052(a)(3) totaled 9,062 students in fall 2007. The state's public institution total enrollment that term was 1,102,572. Therefore, the TEC 54.052(a)(3) students represented slightly more than eight tenths of one percent of the public institution enrollment.

**For more information:**    Office of External Relations
Texas Higher Education Coordinating Board
er@thecb.state.tx.us
www.thecb.state.tx.us/Agency/Topics.cfm
(512) 427-6111

YCT00008



# University of North Texas
# Dreamers' Resource Guide

YCT00009



**Dear Future Eagle,**

On behalf of the University of North Texas, I would like to thank you for submitting your application for the 2018-2019 academic year! My name is Rebeca, I am an Assistant Director here at UNT and I will be your personal point of contact throughout your admissions process. At UNT, we know that applying to college can be a confusing process and undocumented and DACA students are required to take some additional steps to complete their application.

In light of this, I am pleased to present you with your UNT Application Toolkit!

In the attached links and documents, you will find:
• An individualized schedule of steps needed to complete your enrollment process at UNT
• Senate Bill 1528 Affidavits, which must be signed, notarized and returned to UNT Admissions and Financial Aid via fax, email, or mail.
• Information on the TASFA application for state financial aid
• UNT Admissions contact information
• A list of campus resources for DACA and SB 1528 students.

I hope that you will find this information useful on your journey towards becoming a part of the Mean Green Family. Please feel free to reach out to me with any questions or concerns you may have.

With Green Pride,

Rebeca Perfecto

Assistant Director – Freshman Recruitment

940-565-2681

UNT.Freshman@unt.edu

YCT00010

# Content

- **What is Senate Bill 1528?**

- **What is DACA?**

- **How to Apply as an SB- 1528 Student**

- **How to answer citizenship questions on Applytexas.org**

- **Bill 1528 Affidavit**

- **What is TASFA? - Financial Aid and Scholarship Information**

- **Instructions to fill out the TASFA**

- **Student Loans Information**

- **Outside Scholarships**

- **Resources at UNT by Colleges**

- **Resources at UNT by Department**

- **Resources DFW**

- **Appendix A - Residency and Citizenship information on Applytexas**

YCT00011



# WHAT IS SENATE BILL 1528?

- Certain unauthorized immigrants are eligible to enroll in Texas public colleges and pay in-state tuition. In 2001, the Texas Legislature passed a bill that states that these students may be eligible for state grants. Eligible students MUST meet certain criteria provided in the legislation to be considered for Senate Bill 1528 status.
- Any person, regardless of immigration status, who: 1) Graduated from a Texas public or accredited private high school, AND 2) Resided in Texas the 36 months immediately preceding the date of graduation or receipt of the diploma equivalent, AND 3) Resided in Texas the 12 consecutive months preceding the census date of the academic semester in which the person enrolls in an institution is entitled to classification as a resident for tuition purposes.
- Students who are not U.S. Citizens, U.S. legal permanent residents, or eligible noncitizens do not qualify for federal financial assistance to pay for college.
- Under SB1528 students are eligible to receive a variety of forms of state financial aid, but first must fill out the Texas Application for State Financial Aid (TASFA).
- In order to be classified as in-state under 1528 students who meet the above requirements must turn in the notarized SB 1528 Affidavit to the admissions office.

YCT00012



# Deferred Action for Childhood Arrivals

DACA was an executive action taken by President Barack Obama which allowed undocumented immigrants who came to the US under the age of 16 to apply for protection from deportation. After completing a background check, those individuals were able to receive two-year permits to work and study in the US as well. Since 2012, roughly 800,000 people were protected by the program, and roughly 700,000 had active DACA protections. Please visit unt.edu/DACA for updates.



https://www.cnn.com/2018/01/02/politics/daca-explained/index.html

YCT00013

# SB 1528  How to Apply

**Before Applying**

Begin researching schools and majors with your counselor or transfer center representative. Schedule an appointment with your high school/ college counselor or Go Center to make sure you qualify for SB 1528. If your counselor is not familiar with SB 1528 ask them to contact your admissions representative at UNT for more information. Their information is located in the Tool Kit Welcome Letter.

**Non-Immigrant Freshman Student Application Instructions**

1. Go to the ApplyTexas website at www.applytexas.org

2. Click "Create your account now." The following page will ask you biographical information that will be used to create your profile. It will also ask you to create a password for your account.

   a. Privacy Policy: Please review and check the agreement box.  This contains information about how ApplyTexas stores and uses private information.  If you have questions about the terms of the Privacy Policy, please contact ApplyTexas directly.

   b. Full Legal Name: Enter your full legal last, first, and middle name. Please do not include diacritical marks such as accents (') or tildes (~). Do not use nicknames or abbreviations or commas because this information will be used for your official record if you enroll. Use your full legal name on all documents sent to the institution to which you are applying. If you have a passport, enter your name as it appears on your passport (without diacritical marks).

   c. Date of Birth

   d. Place of Birth

   e. Current Grade Level: optional

   f. *Are you a US citizen: Please answer this section accurately. If you have questions or need guidance, please see the diagram sheet titled Citizenship Question.*

Continue filling out the rest of your profile information.

YCT00014

3. Please record your username and password information so that you can easily save and access your application.

4. Choose to start a new blank application.

5. Choose create a new 4 year university admissions application

6. Choose the University of North Texas (Denton) as your Target University.

7. Choose application type: Freshman, US.

8. Choose a semester of entry.

9. Choose your first choice school. You may also choose a second choice school if you wish, or you may leave this choice blank.

10. Choose your major.  If you selected a second choice school, you will also choose a second choice major.

11. Save each page of the application as you complete it.

12. If you do not have a Social Security Number, please leave that field blank.

13. Question 7 – Are you a US citizen? Answer this question accurately for your case. (See attached ApplyTexas example)

14. Residency Section Answer this question accurately for your case. (See attached ApplyTexas examples)

15. Once you have completed your information you must click submit my application now.   Failure to do so will prevent your application from being transmitted to the University of North Texas. Applications submitted before 6pm will be received the next business day.  Applications submitted after 6pm will be received within 2 business days.  If you have any technical questions regarding the application, please use the ApplyTexas help menu.  If you need assistance filling out the application or have a question about a submitted application, please call the UNT Office of Admissions at (940) 565-2681.

**Financial Aid and Admissions Counseling**
TASFA applications opens in October. Submit your TASFA and SB 1528 Affidavit to Financial Aid as soon as possible! A copy of the TASFA and the link to the online application are located in your Tool Kit. Schedule a meeting with your UNT Admissions Counselor. Check your my.unt.edu account weekly for updates regarding your admission status and financial aid requirements!

YCT00015

# Citizenship Question



YCT00016

**PLEASE FILL OUT, HAVE IT NOTARIZED AND TURN IN TO THE ADMISSIONS OFFICE**

## AFFIDAVIT

**STATE OF TEXAS** §
§
**COUNTY OF** _____ §

Before me, the undersigned Notary Public, on this day personally appeared
_____,

known to me, who being by me duly sworn upon his/her oath, deposed and said:

1. My name is _____. I am ____ years of age and have personal knowledge of the facts stated herein and they are all true and correct.

2. I graduated or will graduate from a Texas high school or received my GED certificate in Texas.

3. I resided in Texas for three years leading up to graduation from high school or receiving my GED certificate.

4. I have resided or will have resided in Texas for the 12 months prior the census date of the semester in which I will enroll in _____ (college/university).

5. I have filed or will file an application to become a permanent resident at the earliest opportunity that I am eligible to do so.

In witness whereof, this _____ day of _____, _____.


_____
(Signature)

_____
(Printed Name)

_____
(UNT Student I.D.# or DOB)


**SUBCRIBED TO AND SWORN TO BEFORE ME**, on the _____ day of _____, _____, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

**Scan and email to: unt.freshman@unt.edu - If you are a transfer student we will also need your high school transcript**

ACT00017

# What is TASFA?

The Texas Application for State Financial Aid is used to collect information to help determine eligibility for state financial aid programs that are administered by institutions of higher education in the state of Texas. Students who are classified as Texas Residents who cannot apply for federal financial aid using the Free Application for Federal Student Aid (FAFSA) are encouraged to complete the TASFA. Please note that Texas Residency can only be determined by the institution that you plan to attend. This application cannot be used to determine your state residency status or final eligibility for state aid.



Texas state priority deadline for many institutions of higher education will vary by college for the 2018-19 award year. It is recommended that applicants complete and submit this application and any other required documentation to the Financial Aid Office prior to the state priority deadline date. The Financial Aid Office starts taking applications October 1st.

**UNT SCHOLARSHIPS**
The University of North Texas offers various scholarship opportunities to help you finance your education. A scholarship is a financial award given to a student on the basis of academic achievement and promise. Many scholarships are awarded based on merit. However, some also take into account financial need.

**Where to Start**
Apply and be admitted to a UNT program.
Activate your MyUNT account.
Complete the General Scholarship Application: https://unt.academicworks.com/
Monitor your EagleConnect email account

YCT00018

# Instructions:

- Request an 2017 IRS Tax Return Transcript either online, telephone, or by paper. Request either your parents' return or your own if you do file taxes.
- Download, fill out and  print the 2018-2019 TASFA Application
- Before you turn in your application to the Financial Aid Office, make sure you gather the following documents
    - HB 1403/SB 1528 Residency affidavit (if it is your first time applying)
    - Completed TASFA Application
    - 2017 IRS Tax Return
- Turn in documents to the Financial Aid Office located in the Eagle Student Services Center at 155 Union Circle #311370 Denton, Texas 76203

## 2018-19 TASFA
### Texas Application for State Financial Aid

July 1, 2018 – June 30, 2019

The Texas Application for State Financial Aid (TASFA) is used to collect information to help determine eligibility for state financial aid programs that are administered by institutions of higher education in the state of Texas. Students that are classified as a Texas Resident who cannot apply for federal financial aid using the Free Application for Federal Student Aid (FAFSA) are encouraged to complete the TASFA. To review the FAFSA filing requirements, visit www.fafsa.ed.gov or visit the financial aid office at the institution you plan to attend for the 2018-19 award year. Please note that Texas Residency can only be determined by the institution that you plan to attend. This application cannot be used to determine your state residency status or final eligibility for state aid.

To complete this application, each item within the applicable sections must be answered. For clarification on specific items, please reference the Notes section. If you have further questions, contact the financial aid office at your institution.

Texas state priority deadline for many institutions of higher education is March 15, 2018 for the 2018-19 award year. It is recommended that applicants complete and submit this application and any other required documentation to the financial aid office prior to the state priority deadline date.

**STEP ONE: STUDENT INFORMATION (See Notes for questions 5-6)**

| 1. Last Name | | 2. First Name | | 3. M.I. |
|---|---|---|---|---|

| 4. Date of Birth | 5. Social Security Number or DACA # or Not Applicable ☐ | | 6. College Student ID | |
|---|---|---|---|---|

| 7. Permanent Mailing Address | | | | |
|---|---|---|---|---|

| 8. City | 9. State | 10. Zip Code | 11. Phone Number | |
|---|---|---|---|---|

| 12. Email Address | | Alternate Email: | |
|---|---|---|---|

 **2019-2020 TASFA APPLICATION** 

YCT00019

# What kind of loans can DACA students receive?

- It is possible for DACA students to apply for private student loans, although there are a lot of hoops to jump through. Your DACA status can be used as proof that you are in the country legally. However, you also need good credit and proof of income in order to qualify for a loan without a cosigner.



*Approved!*

- Citizens Bank, for example, requires that international student borrowers have a creditworthy cosigner who is a U.S. citizen or permanent resident. Discover's student loans for international students have the same requirement. MPOWER Financing is one lender that doesn't require DACA students to have a cosigner.

YCT00020

# OUTSIDE SCHOLARSHIPS

### ANTHEM ESSAY:
https://www.aynrand.org/students/essay-contests#anthem-1

### THE FOUNTAINHEAD ESSAY:
https://www.aynrand.org/students/essay-contests#overview

### ATLAS SHRUGGED:
https://www.aynrand.org/students/essay-contests#atlasshrugged-1

### SEG SCHOLARSHIP:
https://seg.org/Scholarships

### HISPANIC SCHOLARSHIP FUND:
https://www.hsf.net/scholarship

### GOLDEN DOOR SCHOLARS:
https://www.goldendoorscholars.org/apply.html

### DIVERSITY CONFERENCE SCHOLARSHIP (MICROSOFT OFFICE):
https://careers.microsoft.com/us/en/usscholarshipprogram

### HENAAC SCHOLARSHIP:
http://www.greatmindsinstem.org/college/henaac-scholarship-application-guidelines

### SCHOLAR SERVE:
https://www.scholarserve.org/apply

### LULF SCHOLARSHIP:
http://www.lulf.org/

### SCHOLAR SHOT:
https://scholarshot.fluidreview.com/

### THE DREAM US:
https://www.thedream.us/

### MALDEF SCHOLARSHIP
http://www.maldef.org/leadership/scholarships/index.html



Check Out The MALDEF Scholarship Resource Guide For More Scholarship Opportunities!

MALDEF.ORG

YCT00021

# UNT RESOURCES BY COLLEGE

**BUSINESS:**
Christina Aguilar
Christina.Aguilar@unt.edu
940-369-8450

**EDUCATION:**
Dr. Rossana Ramirez Boyd
rossana.boyd@unt.edu
940-565-2933

**HONORS:**
Leslie Holmes
Leslie.Holmes@unt.edu

**HEALTH & PUBLIC SERVICE:**
Abraham David Benavides
Abraham.Benavides@unt.edu
940-565-3264

**LIBERAL ARTS & SOCIAL SCIENCE:**
Alina Salgado
Alina.Salgado@unt.edu
940-369-6520

**MUSIC:**
Ana White
Ana.White@unt.edu
940-565-2381

**SCIENCE:**
Cristina Garrido
Cristina.Garrido@unt.edu
940-369-8072

**JOURNALISM:**
Stephanie Garza
Stephanie.Garza@unt.edu
940-369-8435

**MERCHANDISING, HOSPITALITY, & TOURISM:**
Philip Aguinaga, M.Ed., LPC
Philip.Aguinaga@unt.edu
940-565-4635

**VISUAL ARTS & DESIGN:**
Laura Hernandez
Laura.Hernandez@unt.edu
940-565-2216

**UNT RESOURCE**
https://www.unt.edu/daca

YCT00022

# RESOURCES AT UNT

**FINANCIAL AID:**

Tonya Glenn

untstateaid@unt.edu

940-565-2302

**OUTREACH:**

Brenda Barajas

Brenda.Barajas@unt.edu

940-369-7519

**HEALTH & WELLNESS CENTER:**

Dana Sachs

dana.sachs@unt.edu

940-565-2157

**DEAN OF STUDENTS:**

Maureen McGuinness

Maureen.McGuinness@unt.edu

940-565-2648

**EMERALD EAGLE SCHOLARS:**

emeraldeaglescholars@unt.edu

940.369.5251

**COUNSELING & TESTING:**

Rebecca Gonzalez

940-565-2741

**DISABILITY & ACCOMMODATIONS:**

Brianna

Apply.ODA@unt.edu

940-565-4323

**STUDENT LEGAL SERVICES**

https://studentaffairs.unt.edu/student-legal-services

StudentLegal@unt.edu

(940) 565-2614

YCT00023

# RESOURCES DFW

**Opening Doors International Services**
(940) 382-0096

**International Rescue Committee**
https://www.rescue.org/
(214) 461-9781

**North Texas Dream Team**
http://www.northtexas dreamteam.org/
(877) 686-6838

**Justice for Our Neighbors**
https://www.jfondfw.org
(817) 310-3820

**Catholic Charities Dallas**
https://ccdallas.org /need-help/immigration-legal-services/
(214) 634-7182

**Immigrant Connection at Sent Church**
http://www.sentchurch.cc /ministries/immigration-center/
(972) 737-3287

**Light of Hope Immigration Law Center**
http://www.lohimmigra tion.org/index.html
(469) 229-0590

**Proyecto Inmigrante ICS, Inc.**
http://www.proyecto inmigrante.org/
(888) 793-2182 ext. 3201

**Mexican Consulate Dallas**
https://consulmex.sre.gob.mx/dallas

**Thank you to everyone who collaborated on this resource guide: Rebeca Perfecto, Karen Diaz Aguilar, Mariela Nunez-Janes, Amanda Foltz, Samantha Taylor,  Melissa Martinez Dominguez, Dr. Rebecca Lothringer, UNT's DACA Workgroup**

YCT00024

# Citizenship Question



# Residency Question



YCT00025



**CONTACT INFORMATION**

1155 Union Circle #311277

Denton, Texas 76203–5017

Phone: 940-565-2681

Toll free: 1-800-868-8211





*" Every great dream begins with a dreamer.
Always remember, you have within you the
strength, the patience, and the passion to reach
for the stars to change the world."*

-Harriet Tubman

YCT00026



MYUNT (HTTPS://MY.UNT.EDU/)CANVAS (HTTPS://CANVAS.UNT.EDU)
EAGLECONNECT (HTTPS://EAGLECONNECT.UNT.EDU/)
UNT DIRECTORY (/FIND-PEOPLE-DEPARTMENTS)

(http://www.unt.edu)

(/)

Admissions (https://admissions.unt.edu/)   Academics (/academics)
Student Life (/student-life)   About UNT (/about-unt)   Research (https://research.unt.edu/)
Locations (/locations)   Athletics (https://meangreensports.com/)   Giving (http://giving.unt.edu/)

# Support for DACA and undocumented students — A Message from the President

Sept. 5, 2017

Dear UNT community,

Today, the Trump administration announced it would begin to roll back the Deferred Action for Childhood Arrivals (DACA) program. This action is a blow to the aspirations of hundreds of thousands of "Dreamers," including some of our students and alumni. The action threatens to derail the future of some of our nation's most determined young adults and brightest minds.

While we learn more about how the administration intends to enact the changes, our university's immediate concern is for how the rollback could negatively impact the wellbeing of our most vulnerable students — those who are DACA-certified or undocumented. I want to make clear that I unequivocally support DACA, undocumented and other students who are overcoming significant barriers to educational attainment. These students aspire to a better life and are doing what our society asks of them — they work hard, study hard and play by the rules. They want to use their talents and gifts to give back to their communities and our nation. We need to encourage them to stay focused, hopeful and invested in their education.

Like other university presidents nationwide, I call on Congress to swiftly pass bipartisan legislation that provides a permanent solution for these young people — a defined pathway that allows Dreamers to continue to live, work, study and achieve citizenship in the only nation many of them have ever known as home. In my role as UNT's president, I will be visiting with our state-elected officials in hopes of maintaining eligibility for state financial aid and in-state tuition for our DACA and undocumented students.

YCT00027

Often, I've spoken of our warm, caring and inclusive community and our respectful treatment of one another, regardless of national origin or immigration status. In every dimension of university life, we are enriched by the contributions of our students, faculty and staff. Even during these uncertain and somewhat turbulent times, our shared values of equity, diversity, inclusion and non-discrimination make us stronger. It's the UNT way. We must do everything possible to ensure that our students have access to the services and support necessary for them to thrive at UNT and graduate from their chosen degree programs.

I want to reiterate a few of our university's commitments, policies and procedures. UNT is strongly committed to the privacy of student records, including immigration status for all students, consistent with state and federal laws. Student records are otherwise not disseminated without student consent or a judicial order. In the performance of their duties, members of the UNT Police Department don't initiate law enforcement activities based solely on immigration status.

Students seeking assistance can find help from the following UNT areas:

- Students have access to free counseling through UNT's Counseling and Testing Services. Call 940-565-2741, stop by Chestnut Hall, suite 311, or learn more at Counseling and Testing Services (https://studentaffairs.unt.edu/counseling-and-testing-services).

- Students can receive free legal advice through UNT's student legal services office. Call 940-565-2614, email studentlegal@unt.edu (mailto:studentlegal@unt.edu?subject=DACA%20Legal%20Advice), stop by University Union, suite 411, or learn more at Student Legal Services (https://studentaffairs.unt.edu/student-legal-services).

- UNT's Care Team is available to assist students who are struggling and may be in distress. Call 940-565-4373 to refer yourself or someone else to the Care Team.

- UNT's Multicultural Center provides an environment where all students can thrive. Call 940-565-3424, email multicultural@unt.edu (mailto:multicultural@unt.edu?subject=DACA), stop by the University Union, suite 335 or learn more at Multicultural Center (https://edo.unt.edu/multicultural-center).

- UNT's Dean of Students is available for all students. Call 940-565-2648 or 940-565-2039 or stop by the University Union, suite 409.

Issues that impact students who are first-generation college students hit close to home for me and some other university administrators. Like most DACA and undocumented students enrolled at UNT, we were among the first in our families to pursue a better quality of life through higher education.

YCT00028

We know first-hand how foundational and empowering a college education is to personal and professional success, and we believe our students deserve the same opportunities. Our nation will be stronger for it.

In the days ahead as more information becomes available, we will share it. Please join me now in ensuring UNT continues to be a welcoming, supportive and caring community.

UNT Proud,

Neal Smatresk

President

(https://www.linkedin.com/edu/school?



(https://www.unt.edu)

YCT00029

APPLY NOW ❯

SCHEDULE A TOUR ❯

GET MORE INFO ❯

## Main Menu

Home (http://www.unt.edu)

Admissions (https://admissions.unt.edu/)

Academics (/academics)

Student Life (/student-life)

About UNT (/about-unt)

Research (https://research.unt.edu/)

Locations (/locations)

Athletics (https://meangreensports.com/)

Giving (http://giving.unt.edu/)

## University Links

MyUNT (https://my.unt.edu)

EagleConnect (https://eagleconnect.unt.edu/)

Canvas (https://canvas.unt.edu)

People & Departments (/find-people-departments)

Libraries (https://library.unt.edu/)

Calendar (http://calendar.unt.edu/)

UNT Map (http://maps.unt.edu/)

UNT News (https://news.unt.edu/)

Jobs at UNT (https://jobs.untsystem.edu)

Mental Health Resources (https://speakout.unt.edu/)

Inclusion, Diversity, Equity and Access (https://idea.unt.edu/)

Title IX & Sexual Misconduct Policy (https://idea.unt.edu/title-ix)

COVID-19 Updates (https://healthalerts.unt.edu)

## Specifically for

Current Students (/current-students)

Faculty & Staff (/faculty-staff)

Alumni & Friends (/alumni-friends)

Parents & Family (/parents-family)

Community (/community)

YCT00030

Graduate Admissions (mailto:gograd@unt.edu)

Freshman Admissions (mailto:unt.freshmen@unt.edu)

Transfer Admissions (mailto:unt.transfer@unt.edu)

International Admissions (mailto:international@unt.edu)

## (https://goo.gl/maps/7dcFSk4mPqu)

📍 Find UNT on Google Maps (https://goo.gl/maps/7dcFSk4mPqu)

1155 Union Circle #311277

Denton, Texas 76203-5017

🚌 **Visitor Information (/community)**

📞 **940-565-2000 (tel:940.565.2000)**

📠 **800-RELAY TX (tel:800.735.2989)**

⚙ **Technical Issues (mailto:urcm@unt.edu)**

**MyUNT (https://my.unt.edu)** | **EagleConnect (https://eagleconnect.unt.edu/)** | **Canvas (https://canvas.unt.edu)** |
**People & Departments (/find-people-departments)** | **Libraries (https://library.unt.edu/)** | **Calendar (http://calendar.unt.edu/)** |
**UNT Map (http://maps.unt.edu/)** | **UNT News (https://news.unt.edu/)** | **Jobs at UNT (https://jobs.untsystem.edu/)** |
**Mental Health Resources (https://speakout.unt.edu/)** | **Inclusion, Diversity, Equity and Access (https://idea.unt.edu/)** |
**Title IX & Sexual Misconduct Policy (https://idea.unt.edu/title-ix)** | **COVID-19 Updates (https://healthalerts.unt.edu)**

AA/EOE/ADA (/ada) | Privacy (/privacy) | Disclaimer (/disclaimer) | Electronic Accessibility (http://policy.unt.edu/policy/14-005) |
State Auditor's Office Fraud, Waste or Abuse Hotline (https://sao.fraud.texas.gov) | Requests for Public Information
(http://policy.unt.edu/policy/04-002) | Report Sexual Misconduct (https://cm.maxient.com/reportingform.php?
UnivofNorthTexas&layout_id=6) | Hazing Prevention and Response (https://deanofstudents.unt.edu/conduct/hazing) |
Compliance Trust Line (https://secure.ethicspoint.com/domain/media/en/gui/56566/index.html) | Texas Homeland Security
(https://gov.texas.gov/) | Linking Notice (https://itss.untsystem.edu/divisions/mrs/policies/linking-notice) | Statewide Search
(https://www.tsl.texas.gov/trail/index.html) | Texas Veterans Portal (https://veterans.portal.texas.gov/) | Compact with Texans
(https://www.unt.edu/compact-with-texans) | Texas.gov (https://texas.gov/) | Required Links (/required-links)

**©2021 University of North Texas**

UNT System (https://www.untsystem.edu/) | UNT Dallas (https://www.untdallas.edu/) | UNT Health Science Center
(https://www.unthsc.edu/)

YCT00031



(http://www.unt.edu)
MYUNT (HTTPS://MY.UNT.EDU/)CANVAS (HTTPS://CANVAS.UNT.EDU)
EAGLECONNECT (HTTPS://EAGLECONNECT.UNT.EDU/)
UNT DIRECTORY (/FIND-PEOPLE-DEPARTMENTS)

(/)   🏠   Admissions (https://admissions.unt.edu/)   Academics (/academics)
Student Life (/student-life)   About UNT (/about-unt)   Research (https://research.unt.edu/)
Locations (/locations)   Athletics (https://meangreensports.com/)   Giving (http://giving.unt.edu/)

# Support for DACA and undocumented students — A Message from the President

Sept. 5, 2017

Dear UNT community,

Today, the Trump administration announced it would begin to roll back the Deferred Action for Childhood Arrivals (DACA) program. This action is a blow to the aspirations of hundreds of thousands of "Dreamers," including some of our students and alumni. The action threatens to derail the future of some of our nation's most determined young adults and brightest minds.

While we learn more about how the administration intends to enact the changes, our university's immediate concern is for how the rollback could negatively impact the wellbeing of our most vulnerable students — those who are DACA-certified or undocumented. I want to make clear that I unequivocally support DACA, undocumented and other students who are overcoming significant barriers to educational attainment. These students aspire to a better life and are doing what our society asks of them — they work hard, study hard and play by the rules. They want to use their talents and gifts to give back to their communities and our nation. We need to encourage them to stay focused, hopeful and invested in their education.

Like other university presidents nationwide, I call on Congress to swiftly pass bipartisan legislation that provides a permanent solution for these young people — a defined pathway that allows Dreamers to continue to live, work, study and achieve citizenship in the only nation many of them have ever known as home. In my role as UNT's president, I will be visiting with our state-elected officials in hopes of maintaining eligibility for state financial aid and in-state tuition for our DACA and undocumented students.

YCT00032

Often, I've spoken of our warm, caring and inclusive community and our respectful treatment of one another, regardless of national origin or immigration status. In every dimension of university life, we are enriched by the contributions of our students, faculty and staff. Even during these uncertain and somewhat turbulent times, our shared values of equity, diversity, inclusion and non-discrimination make us stronger. It's the UNT way. We must do everything possible to ensure that our students have access to the services and support necessary for them to thrive at UNT and graduate from their chosen degree programs.

I want to reiterate a few of our university's commitments, policies and procedures. UNT is strongly committed to the privacy of student records, including immigration status for all students, consistent with state and federal laws. Student records are otherwise not disseminated without student consent or a judicial order. In the performance of their duties, members of the UNT Police Department don't initiate law enforcement activities based solely on immigration status.

Students seeking assistance can find help from the following UNT areas:

- Students have access to free counseling through UNT's Counseling and Testing Services. Call 940-565-2741, stop by Chestnut Hall, suite 311, or learn more at Counseling and Testing Services (https://studentaffairs.unt.edu/counseling-and-testing-services).

- Students can receive free legal advice through UNT's student legal services office. Call 940-565-2614, email studentlegal@unt.edu (mailto:studentlegal@unt.edu?subject=DACA%20Legal%20Advice), stop by University Union, suite 411, or learn more at Student Legal Services (https://studentaffairs.unt.edu/student-legal-services).

- UNT's Care Team is available to assist students who are struggling and may be in distress. Call 940-565-4373 to refer yourself or someone else to the Care Team.

- UNT's Multicultural Center provides an environment where all students can thrive. Call 940-565-3424, email multicultural@unt.edu (mailto:multicultural@unt.edu?subject=DACA), stop by the University Union, suite 335 or learn more at Multicultural Center (https://edo.unt.edu/multicultural-center).

- UNT's Dean of Students is available for all students. Call 940-565-2648 or 940-565-2039 or stop by the University Union, suite 409.

Issues that impact students who are first-generation college students hit close to home for me and some other university administrators. Like most DACA and undocumented students enrolled at UNT, we were among the first in our families to pursue a better quality of life through higher education.

YCT00033

We know first-hand how foundational and empowering a college education is to personal and professional success, and we believe our students deserve the same opportunities. Our nation will be stronger for it.

In the days ahead as more information becomes available, we will share it. Please join me now in ensuring UNT continues to be a welcoming, supportive and caring community.

UNT Proud,
Neal Smatresk
President

(https://www.linkedin.com/edu/school?



YCT00034

APPLY NOW ❯

SCHEDULE A TOUR ❯

GET MORE INFO ❯

## Main Menu

Home (http://www.unt.edu)

Admissions (https://admissions.unt.edu/)

Academics (/academics)

Student Life (/student-life)

About UNT (/about-unt)

Research (https://research.unt.edu/)

Locations (/locations)

Athletics (https://meangreensports.com/)

Giving (http://giving.unt.edu/)

## University Links

MyUNT (https://my.unt.edu)

EagleConnect (https://eagleconnect.unt.edu/)

Canvas (https://canvas.unt.edu)

People & Departments (/find-people-departments)

Libraries (https://library.unt.edu/)

Calendar (http://calendar.unt.edu/)

UNT Map (http://maps.unt.edu/)

UNT News (https://news.unt.edu/)

Jobs at UNT (https://jobs.untsystem.edu)

Mental Health Resources (https://speakout.unt.edu/)

Inclusion, Diversity, Equity and Access (https://idea.unt.edu/)

Title IX & Sexual Misconduct Policy (https://idea.unt.edu/title-ix)

COVID-19 Updates (https://healthalerts.unt.edu)

## Specifically for

Current Students (/current-students)

Faculty & Staff (/faculty-staff)

Alumni & Friends (/alumni-friends)

Parents & Family (/parents-family)

Community (/community)

YCT00035

Graduate Admissions (mailto:gograd@unt.edu)

Freshman Admissions (mailto:unt.freshmen@unt.edu)

Transfer Admissions (mailto:unt.transfer@unt.edu)

International Admissions (mailto:international@unt.edu)

## (https://goo.gl/maps/7dcFSk4mPqu)

📍 Find UNT on Google Maps (https://goo.gl/maps/7dcFSk4mPqu)

1155 Union Circle #311277

Denton, Texas 76203-5017

🚗 **Visitor Information (/community)**

📞 **940-565-2000 (tel:940.565.2000)**

☎ **800-RELAY TX (tel:800.735.2989)**

⚙ **Technical Issues (mailto:urcm@unt.edu)**

**MyUNT (https://my.unt.edu)** | **EagleConnect (https://eagleconnect.unt.edu/)** | **Canvas (https://canvas.unt.edu)** | **People & Departments (/find-people-departments)** | **Libraries (https://library.unt.edu/)** | **Calendar (http://calendar.unt.edu/)** | **UNT Map (http://maps.unt.edu/)** | **UNT News (https://news.unt.edu/)** | **Jobs at UNT (https://jobs.untsystem.edu/)** | **Mental Health Resources (https://speakout.unt.edu/)** | **Inclusion, Diversity, Equity and Access (https://idea.unt.edu/)** | **Title IX & Sexual Misconduct Policy (https://idea.unt.edu/title-ix)** | **COVID-19 Updates (https://healthalerts.unt.edu)**

AA/EOE/ADA (/ada) | Privacy (/privacy) | Disclaimer (/disclaimer) | Electronic Accessibility (http://policy.unt.edu/policy/14-005) | State Auditor's Office Fraud, Waste or Abuse Hotline (https://sao.fraud.texas.gov) | Requests for Public Information (http://policy.unt.edu/policy/04-002) | Report Sexual Misconduct (https://cm.maxient.com/reportingform.php?UnivofNorthTexas&layout_id=6) | Hazing Prevention and Response (https://deanofstudents.unt.edu/conduct/hazing) | Compliance Trust Line (https://secure.ethicspoint.com/domain/media/en/gui/56566/index.html) | Texas Homeland Security (https://gov.texas.gov/) | Linking Notice (https://itss.untsystem.edu/divisions/mrs/policies/linking-notice) | Statewide Search (https://www.tsl.texas.gov/trail/index.html) | Texas Veterans Portal (https://veterans.portal.texas.gov/) | Compact with Texans (https://www.unt.edu/compact-with-texans) | Texas.gov (https://texas.gov/) | Required Links (/required-links)

**©2021 University of North Texas**

UNT System (https://www.untsystem.edu/) | UNT Dallas (https://www.untdallas.edu/) | UNT Health Science Center (https://www.unthsc.edu/)

YCT00036