UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § | |

**ORDER**

Plaintiff recently filed its First Amended Complaint, (Dkt. #45), but has neither indicated that Defendants consented to the filing nor sought the Court's leave to file an amended pleading. Because the deadline to amend pleadings as a matter of course has passed, the filing of Plaintiff's First Amended Complaint does not comply with Federal Rule of Civil Procedure 15. To file an amended complaint at this stage, Plaintiff must either (1) show that Defendants consent to the filing or (2) file a motion for leave in accordance with Local Rule CV-7(k). *See* FED. R. CIV. P. 15(a)(2) ("In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.").

For these reasons, the clerk's office is directed to **STRIKE** Plaintiff's First Amended Complaint, (Dkt. #45).

So ORDERED and SIGNED this 22nd day of December, 2021.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE