# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-973<br><br>JUDGE SEAN D. JORDAN |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER DKT # 44

While performing research for another case, Plaintiffs came upon this recent district court opinion which is directly on point for Plaintiffs' arguments raised at Dkt # 44, p. 7, and Dkt # 47, p. 5. *Marszalek v. Kelly*, No. 20-cv-04270, 2021 U.S. Dist. LEXIS 107613 (N.D. Ill. June 9, 2021). In particular, the case holds that uncontroverted declarations of association officials are sufficient to establish that an association has members with injuries sufficient for standing, and that in such circumstances, the names of such members need not be disclosed to establish standing. *Id*. at 10-11; 12-13. Defendants request for the names and contact information of *all* YCT members at UNT therefore goes well beyond the needs of this case and violates the First Amendment.

Respectfully submitted,

*/s/Chance Weldon*
ROBERT HENNEKE
Texas Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON

        Texas Bar No. 24076767
        cweldon@texaspolicy.com
        CHRISTIAN TOWNSEND
        ctownsend@texaspolicy.com
        Maryland Bar No. 2012180144
        TEXAS PUBLIC POLICY FOUNDATION
        901 Congress Avenue
        Austin, Texas 78701
        Telephone:   (512) 472-2700
        Facsimile:    (512) 472-2728

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was electronically filed on January 6, 2022, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        */s/Chance Weldon*
        CHANCE WELDON