

901 Congress Avenue
Austin, TX 78701
(512) 472-2700 (telephone)
(512) 472-2728 (facsimile)
www.texaspolicy.com

December 22, 2021

**Via email:**
Sandy Hellums-Gomez
Sandy.Gomez@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002

RE:   Young Conservatives of Texas v. University of North Texas, et. al, CIVIL NO. 4:20-CV-973-SDJ

Counsel,

As noted in YCT's discovery responses and First Amended Complaint, YCT is abandoning its theory of standing based on financial drain on Foundation resources. Given the discovery responses and this letter, YCT does not believe further amendment of the Complaint is necessary. If UNT believes otherwise, please let us know if you consent to YCT amending the complaint to remove allegations of financial drain on YCT's resources.

Best,

Chance Weldon

Counsel for Plaintiffs