## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **YOUNG CONSERVATIVES OF TEXAS FOUNDATION** | § § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO. 4:20-cv-00973** |
| **v.** | § § § | |
| **THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,** | § § § § § § § § § | |
| *Defendant*. | § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Summary Judgment. The Court, having considered the motion, the response, and the arguments of counsel, is of the opinion that the motion should be denied.

It is therefore ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

_____
JUDGE PRESIDING