IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **YOUNG CONSERVATIVES OF TEXAS FOUNDATION** § § § *Plaintiff,* § § v. § § **THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,** § § § § § § § § § § § § *Defendant.* § | **CIVIL ACTION NO. 4:20-cv-00973** |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants' Motion for Summary Judgment. The Court, having considered the motion, the response, and the arguments of counsel, is of the opinion that the motion should be granted.

It is therefore ORDERED that Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's claims against Defendants are dismissed with prejudice in their entirety.

_____
JUDGE PRESIDING