Filed Under Seal

# EXHIBIT 3
# (Confidential Outside Counsel Eyes Only)

CAUSE NO. _____

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § § | |
| v. | § § | DENTON COUNTY, TEXAS |
| THE UNIVERSITY OF NORTH TEXAS, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS | § § § § § § § § | |
| *Defendants.* | § § | _____ JUDICIAL DISTRICT |

**AFFIDAVIT OF** ███████

STATE OF CA §
Orange COUNTY §

BEFORE ME, the undersigned notary, on this day personally appeared ███████ the affiant, whose identity is known to me. After I administered the oath, affiant testified as follows:

1. "My name is ███████. I am over the age of 18, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am currently enrolled as an undergraduate at the University of North Texas ("UNT") in Denton County, Texas.

3. I am a member of the UNT Chapter of Young Conservatives of Texas ("YCT"), a non-partisan youth organization committed to advancing conservative values.

4. I am a United States citizen and resident of the State of California. However, I am neither a Texas resident nor legally exempt for the requirement to pay nonresident tuition.

5. I paid nonresident tuition for my most recent semester at UNT and anticipate paying nonresident tuition during future semesters.

6. The requirement that I pay tuition in excess of the rate set for resident students harms me financially.

_____
Name

SEE ATTACHED NOTARIZED DOCUMENT

SWORN to and SUBSCRIBED before me, the undersigned authority, on the _____ day of _____, 2020.

_____
Notary Public in and for
the State of _____
My commission expires: _____

SEE ATTACHED
NOTARIZED DOCUMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 6 day of NOVEMBER, 20 20, by ▮▮▮▮▮▮▮▮▮ proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ANAM JAMIL
COMM. #2294784
Notary Public - California
ORANGE COUNTY
My Comm. Exp. JUNE 25, 2023

(Seal)          Signature _____