Filed Under Seal

# EXHIBIT 4
# (Confidential Outside Counsel Eyes Only)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants.* | CIVIL ACTION NO. 4:20-CV-973<br>JUDGE SEAN D. JORDAN |

**DECLARATION OF** ▮

I, ▮, hereby declare as follows:

1. I am over the age of 18, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am currently enrolled at the University of North Texas (UNT).

3. I am a member of the UNT chapter of Young Conservatives of Texas.

4. I am a United States Citizen and resident of the state of  Missouri .

5. I am neither a Texas resident nor legally exempt from the requirement to pay nonresident tuition at UNT.

6. I paid nonresident tuition for my most recent semester at UNT and anticipate that I will be required to pay nonresident tuition in the future.

7. The requirement that I pay tuition in excess of the rate set for resident students financially harms me.

1

Pursuant to 28 U.S.C. § I declare under penalty of perjury that the forgoing is true and correct.

Executed on this __5th__ day of __January__, 202_2_, in __Dexter__, Missouri