# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>　*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>　*Defendants*. | CIVIL ACTION NO. 4:20-CV-00973<br><br>JUDGE SEAN D. JORDAN |

## [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL

This matter came to be heard on the unopposed motion of Chad Ennis, counsel for Plaintiff Young Conservatives of Texas Foundation in the above-captioned case, to permit him to withdraw from representation in this matter because he is no longer employed at Texas Public Policy Foundation. After considering the matter, the motion is GRANTED.

IT IS THEREFORE ORDERED, that Mr. Ennis is withdrawn as counsel for Plaintiff Young Conservatives of Texas. Plaintiff will continue to be represented by other counsel of record.