UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § § | CIVIL NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § § | |

## ORDER

Before the Court is Chad Ennis's Unopposed Motion to Withdraw as Counsel. (Dkt. #54). Upon consideration, the Court finds good cause to **GRANT** the motion.

It is therefore **ORDERED** that Chad Ennis is hereby **WITHDRAWN** as counsel for Plaintiff Young Conservatives of Texas Foundation. The Clerk is instructed to terminate Ennis as counsel and remove him from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 11th day of February, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE