# EXHIBIT 6
# (Confidential Outside Counsel Eyes Only)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>　　　Defendants. | CIVIL ACTION NO. 4:20-CV-973<br>JUDGE SEAN D. JORDAN |

**DECLARATION OF** ▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇, hereby declare as follows:

1. I am over the age of 18, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. On January 5, 2022, I submitted a declaration regarding my membership in Young Conservatives of Texas at the University of North Texas (UNT) and my previous payment of nonresident tuition.

3. This declaration is to notify the court regarding changed facts since that previous declaration.

4. Due to financial hardship, I was unable to make the entirety of my tuition payments this semester.

5. As a result, I was dropped from my classes at UNT on January 18, 2022.

6. But for the requirement that I pay nonresident tuition, I would have been able to afford tuition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct. Executed on this 11th day of February, 2022.

1