IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS;<br>*Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-00973<br><br>JUDGE SEAN D. JORDAN |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SEAL DOCUMENTS**

Before the Court is Plaintiff's Unopposed Motion to Seal Documents. Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, that Dkt #53-3, Dkt #53-4, Dkt #56, and Dkt #57 remain under seal.