IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendants*. | CIVIL ACTION NO. 4:20-cv-00973 |

## NOTICE OF APPEAL

Defendants Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas, appeal to the United States Court of Appeals for the Fifth Circuit from (a) the Memorandum Opinion and Order entered October 28, 2021 (Dkt. #34), (b) the Memorandum Opinion and Order entered April 8, 2022 (Dkt. #64), and (c) the Final Judgment and Permanent Injunction entered April 8, 2022 (Dkt. # 65).

Date: April 10, 2022                                  Respectfully submitted,

        By: */s/ Andy Taylor*
           Andy Taylor
           **ANDY TAYLOR & ASSOCIATES, P.C.**
           Designated Lead Counsel
           State Bar No. 19727600
           ataylor@andytaylorlaw.com
           2628 Highway 36 South #288
           Brenham, Texas 77833
           (713) 222-1817 – telephone
           (713) 222-1855 – facsimile

           -and-

           **HUSCH BLACKWELL LLP**

        By: */s/ Sandy Hellums-Gomez*
           Sandy Hellums-Gomez
           State Bar No. 2403670
           Sandy.Gomez@HuschBlackwell.com
           Jeff Nobles
           State Bar No. 15053050
           Jeff.Nobles@HuschBlackwell.com
           600 Travis Street, Suite 2350
           Houston, Texas 77002
           (713) 647-6800 – main telephone
           (713) 647-6884 – general facsimile

           -and-

           Scott Schneider
           State Bar No. 24054023
           Scott.Schneider@HuschBlackwell.com
           111 Congress Avenue, Suite 1400
           Austin, Texas 78701
           (512) 472-5456 – main telephone
           (512) 479-1101 – general facsimile

           **ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of this motion has been served upon the following on this the 10th day of April, 2022:

Robert Henneke
rhenneke@texaspolicy.com
Chance Weldon
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
abarnes@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701

*Attorneys for Plaintiff*

                                                      By: */s/ Sandy Hellums-Gomez*
                                                         Sandy Hellums-Gomez