IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-00973 |

## NOTICE OF APPEARANCE

Defendants Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas ("Defendants"), give notice to the Court and to all parties that Wallace B. Jefferson, Amy Warr, and Melanie D. Plowman of the firm Alexander Dubose & Jefferson are appearance additional counsel for Defendants in the above-captioned cause. Andy Taylor will continue to serve as lead counsel for Defendants. The contact information for Mr. Jefferson, Ms. Warr, and Ms. Plowman are as follows:

> Wallace B. Jefferson
> State Bar No. 00000019
> wjefferson@adjtlaw.com
> Amy Warr
> State Bar No. 00795708
> awarr@adjtlaw.com
> Melanie D. Plowman
> State Bar No. 24002777
> mplowman@adjtlaw.com

1

**ALEXANDER DUBOSE & JEFFERSON LP**
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300 – telephone
(512) 482-9303 – facsimile

        Respectfully submitted,

        */s/ Andy Taylor*
        Andy Taylor
        **ANDY TAYLOR & ASSOCIATES, P.C.**
        Designated Lead Counsel
        State Bar No. 19727600
        ataylor@andytaylorlaw.com
        2628 Highway 36 South #288
        Brenham, Texas 77833
        (713) 222-1817 – telephone
        (713) 222-1855 – facsimile

        */s/ Wallace B. Jefferson*
        Wallace B. Jefferson
        State Bar No. 00000019
        wjefferson@adjtlaw.com
        Amy Warr
        State Bar No. 00795708
        awarr@adjtlaw.com
        Melanie D. Plowman
        State Bar No. 24002777
        mplowman@adjtlaw.com
        **ALEXANDER DUBOSE & JEFFERSON LP**
        515 Congress Avenue, Suite 2350
        Austin, Texas 78701-3562
        (512) 482-9300 – telephone
        (512) 482-9303 – facsimile

        Sandy Hellums-Gomez
        State Bar No. 2403670
        sandy.gomez@huschblackwell.com
        Jeff Nobles
        State Bar No. 15053050
        jeff.nobles@huschblackwell.com
        **HUSCH BLACKWELL LLP**
        600 Travis Street, Suite 2350
        Houston, Texas 77002
        (713) 647-6800 – main telephone
        (713) 647-6884 – general facsimile

Scott Schneider
State Bar No. 24054023
scott.schneider@huschblackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ATTORNEYS FOR DEFENDANTS NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## CERTIFICATE OF SERVICE

I certify that on the 13th day of May, 2022, this Notice of Appearance was served on all counsel of record via the CM/ECF system of the Court.

*/s/Amy Warr*
Amy Warr