UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-00973 |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING MOTION TO STAY**
**PERMANENT INJUNCTION PENDING APPEAL**

Before the Court is the Motion to Stay Permanent Injunction Pending Appeal submitted by Defendants Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas. The Court, having considered the Motion to Stay and all responses submitted in support of and in opposition to the motion, as well as applicable law, concludes that the motion has merit and should be, and hereby is GRANTED.

It is therefore ORDERED that the permanent injunction in this case is stayed until the Fifth Circuit renders a decision and issues its mandate in the appeal of this case.

So ORDERED and SIGNED this _____ day of _____, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE