IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION, | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:20-cv-00973 |
| v. | § § | |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendants*. | § | |

**NOTICE OF APPEARANCE**

Defendants Neal Smatresk, President of the University of North Texas, and Shannon Goodman, Vice President for Enrollment of the University of North Texas ("Defendants"), give notice to the Court and to all parties that Amy Warr of the firm Alexander Dubose & Jefferson is appearing as additional counsel for Defendants in the above-captioned cause. Andy Taylor will continue to serve as lead counsel for Defendants. The contact information for Ms. Warr is as follows:

Amy Warr
Texas Bar No. 00795708
awarr@adjtlaw.com
**ALEXANDER DUBOSE & JEFFERSON LP**
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300 – telephone
(512) 482-9303 – facsimile

Respectfully submitted,

*/s/ Amy Warr*
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Amy Warr
State Bar No. 00795708
awarr@adjtlaw.com
Melanie D. Plowman
State Bar No. 24002777
mplowman@adjtlaw.com
**ALEXANDER DUBOSE & JEFFERSON LP**
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
(512) 482-9300 – telephone
(512) 482-9303 – facsimile

Andy Taylor
**ANDY TAYLOR & ASSOCIATES, P.C.**
Designated Lead Counsel
State Bar No. 19727600
ataylor@andytaylorlaw.com
2628 Highway 36 South #288
Brenham, Texas 77833
(713) 222-1817 – telephone
(713) 222-1855 – facsimile

>Sandy Hellums-Gomez
>State Bar No. 2403670
>sandy.gomez@huschblackwell.com
>Jeff Nobles
>State Bar No. 15053050
>jeff.nobles@huschblackwell.com
>**HUSCH BLACKWELL LLP**
>600 Travis Street, Suite 2350
>Houston, Texas 77002
>(713) 647-6800 – main telephone
>(713) 647-6884 – general facsimile
>
>Scott Schneider
>State Bar No. 24054023
>scott.schneider@huschblackwell.com
>**HUSCH BLACKWELL LLP**
>111 Congress Avenue, Suite 1400
>Austin, Texas 78701
>(512) 472-5456 – main telephone
>(512) 479-1101 – general facsimile
>
>**ATTORNEYS FOR DEFENDANTS NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

3

**CERTIFICATE OF SERVICE**

I certify that on the 13th day of May, 2022, this Notice of Appearance was served on all counsel of record via the CM/ECF system of the Court.

/s/Amy Warr