IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 4:20-cv-00973 |
| v. | § § | |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendant*. | § | |

## NOTICE OF WITHDRAWAL

Attorney Paige Duggins-Clay hereby withdraws her appearance on behalf of Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman collectively referred to as "Defendants" or "UNT". Attorney Sandy Hellums-Gomez will continue to represent Defendant.

HB: 4877-0241-2326.1

Respectfully submitted,

By: /s/ Andy Taylor
Andy Taylor
**ANDY TAYLOR & ASSOCIATES, P.C.**
Designated Lead Counsel
State Bar No. 19727600
ataylor@andytaylorlaw.com
2628 Highway 36 South #288
Brenham, Texas 77833
(713) 222-1817 – telephone
(713) 222-1855 – facsimile

-and-

**HUSCH BLACKWELL LLP**

By: /s/ Sandy Hellums-Gomez
Sandy Hellums-Gomez
State Bar No. 2403670
Sandy.Gomez@HuschBlackwell.com
Jeff Nobles
State Bar No. 15053050
Jeff.Nobles@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – main telephone
(713) 647-6884 – general facsimile

-and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR**

**ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Parties have conferred and are in agreement with this Notice of Withdrawal.

By: */s/ Sandy Hellums-Gomez*
  Sandy Hellums-Gomez

## CERTIFICATE OF SERVICE

I certify that a copy of this notice has been served upon the following on this the 24th day of June, 2022:

Robert Henneke
rhenneke@texaspolicy.com
Chance Weldon
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
abarnes@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701
***Attorneys for Plaintiff***

By: */s/ Sandy Hellums-Gomez*
  Sandy Hellums-Gomez

HB: 4877-0241-2326.1