IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION §§§§<br><br>*Plaintiff*, §<br>§<br>v. §<br>§<br>THE UNIVERSITY OF NORTH TEXAS, §<br>THE UNIVESITY OF NORTH TEXAS §<br>SYSTEM, NEAL SMATRESK, §<br>PRESIDENT OF THE UNIVERSITY OF §<br>NORTH TEXAS and SHANNON §<br>GOODMAN, VICE PRESIDENT FOR §<br>ENROLLMENT OF THE UNIVERSITY §<br>OF NORTH TEXAS, §<br>§<br>*Defendant*. § | CIVIL ACTION NO. 4:20-cv-00973 |

## MOTION TO WITHDRAWAL AS COUNSEL

Paige Duggins-Clay, one of the counsel for Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman in the above-captioned case respectfully moves that the Court enter its Order permitting her to withdraw from representation in this matter because she is no longer employed at Husch Blackwell. Defendants with continue to be represented by Wallace B. Jefferson, Amy Warr, Melanie D. Plowman, Andy Taylor, Sandy Hellums-Gomez, Jeff Nobles and Scott Schneider who have previously entered an appearance in this matter.

HB: 4855-3588-9446.1

Respectfully submitted,

By: */s/ Andy Taylor*
Andy Taylor
**ANDY TAYLOR & ASSOCIATES, P.C.**
Designated Lead Counsel
State Bar No. 19727600
ataylor@andytaylorlaw.com
2628 Highway 36 South #288
Brenham, Texas 77833
(713) 222-1817 – telephone
(713) 222-1855 – facsimile

-and-

**HUSCH BLACKWELL LLP**

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez
State Bar No. 2403670
Sandy.Gomez@HuschBlackwell.com
Jeff Nobles
State Bar No. 15053050
Jeff.Nobles@HuschBlackwell.com
600 Travis Street, Suite 2350
Houston, Texas 77002
(713) 647-6800 – main telephone
(713) 647-6884 – general facsimile

-and-

Scott Schneider
State Bar No. 24054023
Scott.Schneider@HuschBlackwell.com
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456 – main telephone
(512) 479-1101 – general facsimile

**ALEXANDER DUBOSE & JEFFERSON LLP**
Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
Amy Warr
State Bar No. 00795708

awarr@adjtlaw.com
Melanie D. Plowman
State Bar No. 24002777
mplowman@adjtlaw.com
 515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

**ATTORNEYS FOR THE DEFENDANTS UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS**

## CERTIFICATE OF CONFERENCE

I certify that counsel for the Parties have conferred and are in agreement with this Notice of Withdrawal.

By: */s/ Sandy Hellums-Gomez*
Sandy Hellums-Gomez

HB: 4855-3588-9446.1

## CERTIFICATE OF SERVICE

      I certify that a copy of this notice has been served upon the following on this the 28th day of June, 2022:

Robert Henneke
rhenneke@texaspolicy.com
Chance Weldon
cweldon@texaspolicy.com
Joseph Aaron Barnes, Sr.
abarnes@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, Texas 78701
*Attorneys for Plaintiff*


Wallace B. Jefferson
wjefferson@adjtlaw.com
Amy Warr
awarr@adjtlaw.com
Melanie D. Plowman
mplowman@adjtlaw.com
ALEXANDER DUBOSE & JEFFERSON LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562

                                      By: */s/ Sandy Hellums-Gomez*
                                           Sandy Hellums-Gomez