IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **YOUNG CONSERVATIVES OF TEXAS FOUNDATION** | § § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:20-cv-00973 |
| v. | § § | |
| **THE UNIVERSITY OF NORTH TEXAS, THE UNIVESITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS and SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS,** | § § § § § § § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL

This matter came to be heard on the motion of Paige Duggins-Clay, counsel for Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman in the above-captioned case, to permit her to withdraw from representation in this matter because she is no longer employed at Husch Blackwell. After considering the matter, the motion is GRANTED.

IT IS THEREFORE ORDERED, that Ms. Duggins-Clay is withdrawn as counsel for Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman.  Defendants will continue to be represented by other counsel of record.

Date: _____

                                                       _____
                                                       The Honorable Sean D. Jordan