UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION | § § § | |
| v. | § | CIVIL NO. 4:20-CV-973-SDJ |
| | § | |
| THE UNIVERSITY OF NORTH TEXAS, ET AL. | § § | |

## ORDER

Before the Court is Paige Duggins-Clay's Motion to Withdraw as Counsel. (Dkt. #78). Upon consideration, the Court finds good cause to **GRANT** the motion.

It is therefore **ORDERED** that Paige Duggins-Clay is **WITHDRAWN** as counsel for Defendants the University of North Texas, the University of North Texas System, Neal Smatresk, and Shannon Goodman. The Clerk is instructed to terminate Paige Duggins-Clay as counsel and remove her from all CM/ECF notices in this action.

**So ORDERED and SIGNED this 29th day of June, 2022.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE