# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-40225

---

Young Conservatives of Texas Foundation,

*Plaintiff—Appellee,*

*versus*

Neal Smatresk, *President of the University of North Texas*; Shannon Goodman, *Vice President for Enrollment of the University of North Texas*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CV-973

---

Before Jones, Smith, and Graves, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellants' opposed motion for stay pending appeal is DENIED.[1]

---

[1] Judge Graves would grant the stay.