# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 14, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40225   Young Conservatives v. Smatresk  
                  USDC No. 4:20-CV-973

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

Ms. Sandy Dian Hellums-Gomez  
Mr. Robert E. Henneke  
Mr. Wallace B. Jefferson  
Mr. Jeffery T. Nobles  
Mr. David O'Toole  
Ms. Melanie Dawn Plowman  
Mr. Andy Taylor  
Mr. Christian G. Townsend  
Ms. Amy Warr  
Mr. Chance Weldon