# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 10, 2023
Lyle W. Cayce
Clerk

_____

No. 22-40225

_____

Young Conservatives of Texas Foundation,

*Plaintiff—Appellee,*

*versus*

Neal Smatresk, *President of the University of North Texas*; Shannon Goodman, *Vice President for Enrollment of the University of North Texas*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:20-CV-973

_____

Before Smith, Clement, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, the permanent injunction VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

No. 22-40225

IT IS FURTHER ORDERED that appellee pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Aug 14, 2023

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2