## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2023

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 22-40225   Young Conservatives v. Smatresk
                        USDC No. 4:20-CV-973

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Nancy F. Dolly, Deputy Clerk
                                      504-310-7683

cc:
    Mr. Matt A. Crapo
    Ms. Paige Duggins-Clay
    Ms. Sandy Dian Hellums-Gomez
    Mr. Robert E. Henneke
    Mr. Wallace B. Jefferson
    Mr. Raffi Melkonian
    Ms. Celina Y. Moreno
    Mr. Jeffery T. Nobles
    Ms. Melanie Dawn Plowman
    Mr. Andrew Layton Schlafly
    Mr. Andy Taylor
    Mr. Christian G. Townsend
    Ms. Amy Warr
    Mr. Chance Weldon