UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YOUNG CONSERVATIVES OF TEXAS FOUNDATION, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-973-SDJ |
| THE UNIVERSITY OF NORTH TEXAS, THE UNIVERSITY OF NORTH TEXAS SYSTEM, NEAL SMATRESK, PRESIDENT OF THE UNIVERSITY OF NORTH TEXAS, AND SHANNON GOODMAN, VICE PRESIDENT FOR ENROLLMENT OF THE UNIVERSITY OF NORTH TEXAS, | § § § § § § § § § § | |
| *Defendants*. | § | |

### [PROPOSED] FINAL JUDGMENT

On this day, October __, 2023, the Court considered the parties' Joint Motion for Entry of Final Judgment, the pleadings in the case, and the decision of the U.S. Court of Appeals for the Fifth Circuit in the Defendants' appeal from this Court's judgment in *Young Conservatives of Texas Foundation v. Smatresk*, 73 F.4th 304 (5th Cir. 2023). Based on the Court's review, the motion is well-taken and is **GRANTED**.

It is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

All claims asserted in this action against Defendants Neal Smatresk, in his official capacity as President of the University of North Texas; Shannon Goodman, in his official capacity as Vice-President for Enrollment of the University of North Texas; the University of North Texas; and the University of North Texas System are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs, including any attorney's fees incurred in this action.

All relief not expressly granted herein is **DENIED**.

The Clerk is directed to **CLOSE** this civil case.

**So ORDERED and SIGNED this** ___ **day of** _____, 2023.

_____
UNITED STATES DISTRICT JUDGE